UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      Plaintiff,

      v.

NEW YORK CITY HOUSING AUTHORITY,

                      Defendant.

No. 18 Civ. 5213

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE THAT, on the basis of the accompanying Memorandum of Law, the Declaration of Eliezer Hecht and the exhibits thereto, the Declaration of Daniel Barber, and all prior pleadings and proceedings herein, interested parties the City-Wide Council of Presidents, Inc. and At-Risk Community Services, Inc. will move this Court before the Honorable William H. Pauley at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at the time and date established by the Scheduling Order entered on July 13, 2018, for an Order, pursuant to Fed. R. Civ. P. 24, allowing the interested parties to intervene in the above-captioned matter.

Dated: New York, New York
       August 10, 2018

CLARICK GUERON REISBAUM LLP

_/s/ Nicole Gueron_

Nicole Gueron
Emily Reisbaum
Melissa C. Holsinger
220 Fifth Avenue, 14th Floor
New York, New York 10001
Phone: (212) 633-4310
Fax: (646) 478-9484
Email: ngueron@cgr-law.com

*Attorneys for City-Wide Council of Presidents, Inc. and At-Risk Community Services, Inc.*