Aug 8th 2018

Hi

My name is Kimberly Abrams (Kimberly Abrams) and Live at:

1836 Watson Ave Apt 4F
Bx NY 10472
347-844-4743

I'm legally disabled. and have Nycha In housing court for Removal of Mold and other must needed Repairs I also have asthma and its hard for me to breathe I need help I'm always on Ch. 11 news. complaing about the Repairs that need to b. done. and I'm Requesting to speak at the.

Class action in Sept.

Thank you.

Kimberly
Abrames
347 -
844-4743



Kimberly Adeomo
836 Watson Ave
Bx NY 10472 #

United States attorney's office
86 Chambers Street
3rd Floor
New York  NY. 10007

August 16, 2018

Dear Robert Yalen, Esq,

I Victoria Abrams resident at NYCHA Gravesend Houses located in Brooklyn, New York would like to comment on the following proposed settlements:  The U.S. Settlement and the Baez Settlement.

 I agree that the court should provide a monitor who will be responsible for ensuring that NYCHA follows all laws and regulations about lead based paint safety, preventing mold growth, eliminating pest infestation, and providing adequate heating and elevator services among other things.

 I have had filed several maintenance tickets regarding reoccurring mold growth and excesses moisture in my apartments. Prior to residing at my current address I was lived in another apartment within the same housing development. This is an issue that I have received very little support on from housing management in spite of, the numerous complaints I have filed.

I also agree with the Baez Settlement the require NYCHA to implement new procedures and protocols for remediating mold and excessive moisture, including their root causes in according with strict deadlines under the supervision of a court appointed Special Master.

Mold growth and excessive moisture in my apartments are a reoccurring issue for over twenty years.

In addition, I would like to speck at the hearing on September 26, 2018.

Should you need further information I can be reached at (347) 424-5122.

Sincerely yours,

Ms. Victoria E. Abrams
3201 Neptune Avenue Apt. 1C

Brooklyn, New York 11224



United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 8, 2018

Dear Honorable Judge Pauley,

My name is Yolanda Aguayo and I am a member of Manhattan Together. I live at 345 East 101st Street, Apartment 6N in Metro North Plaza. I have lived there since 1971. I was the first tenant in the building and my children were born and raised there.

I have had severe leaks in my apartment for 10 years. The leak was coming from the roof into my kitchen. Things were so wet in my apartment that a wall in my kitchen started to crumble, so I could actually see into my neighbor's apartment. The water was hitting the circuit box, which scared me.

I put a work order in, and NYCHA came to fix it at some point, but they only did a patch job and didn't fix the underlying problem because the leak came back. This same cycle has happened three times. Now, every time it rains, the leak returns from the roof, down the walls, and into my kitchen. My neighbors are experiencing similar problems.

There was also a leak in my bathroom. Six or seven months after NYCHA came to fix it, mold started growing on the spot and it looks like the leak has come back because the paint is bubbling and peeling.

I also have a serious roach infestation. I keep my apartment clean and well-kept, but they keep coming and I think it has to do with all the leaks. Maintenance in the common areas of the building is terrible, the hallways are filthy and garbage is often left spilling over right outside our front door. Our boiler broke, which means hot water comes and goes, and our elevator is regularly out of service. The front door also doesn't lock, which makes me feel unsafe in my own home.

I've gotten notes on my door about apartment inspections, but no one ever shows up.

I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in the *Baez* case and I support because I want NYCHA to do its maintenance and repairs correctly the first time. It's very frustrating that these problems keep coming back. During the early years of living in my apartment, my home was beautiful and clean, and it's not possible for me to keep it that way anymore.

I would consider speaking in support of the Revised Consent Decree at the hearing on September 26, 2018.

Signature: *Yolanda Aguayo*          Date: 8 / 8 / 17
Yolanda Aguayo

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036




U.S. POSTAGE >> PITNEY BOWES

ZIP 10036
02 1W
0001361377

$ 000.47⁰

United States Attorney's Office, Southern Distr. of NY
**86 Chambers St., 3rd Floor**
**New York, NY 10007**
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-263203

August 1, 2018

Stanley Brezenoff, Interim Chair
New York City Housing Authority
250 Broadway
New York, NY 10007

Dear Mr. Brezenoff:

I am writing to request your intervention in the completion repairs in my apartment at 170 Avenue D, Apartment 5F, in the Jacob Riis Houses. Despite numerous calls, court appearances and stipulations, I have not had a fully functioning bathroom in FOURTEEN YEARS.

In 1999 I reported to the Riis Management Office, a crack in the bathtub. Over the **next 19 years** Riis would send an inspector approximately once a year and only after I had withheld rent in an attempt to get service. These inspections never resulted in any work being done until October 2017 when the tub was re-glazed as management stated a new tub was needed but the model for my apartment was not in stock, therefore re-glazing was claimed to be best alternative. The glazing wore off in March, 2018.

In October 2017, compounding the aforementioned bathroom condition, to address a stoppage in the bathtub, the wall housing the tub plumbing was removed and for months a gaping uncovered hole was left in its place.

In April 2018, due to a leak, my kitchen sink and kitchen cabinets were removed and replaced with a temporary slop sink; to date NYCHA/Riis has missed several court-ordered deadlines to correct the condition, by installing a new sink and cabinets. My elderly next door neighbor also had her kitchen sink and cabinets removed and she is going on a year without the situation being corrected, despite many calls by my neighbor's home attendant. (Riis has alleged that my not being home is one reason for the delay in completing repairs; note that my elderly neighbor is waiting a year for repairs and she is home 24 hours a day).

In response to a final order from an exasperated Housing Court Judge, who admonished NYCHA for inexcusable delays, on May 31 NYCHA/Riis was ordered to correct all conditions in the apartment in 60 days. Riis management followed with a poorly written letter approximately 3 weeks later outlining a timetable for remediation.

Per the schedule, plasterers came to the apartment on June 27. 2018 and plastered the kitchen and bathroom. On July 24 workers came to remove the old tub and install a new one. After removing the tiles around the old tub, the workers said they could not continue because the bathroom was filled with asbestos. An asbestos abatement team was called in who worked through the evening. An abatement team worker advised me that the plastering that was done in the kitchen should not have been completed as it was 100% likely that there was an asbestos condition in the kitchen that was not addressed/corrected.

In addition to not having sufficient kitchen storage space for 4 months, I have now had to bathe at a relative's home for the last week.

Also, beginning earlier this year and continuing to present, I began to have chest pains and a persistent cough. I have been treated by my personal physician, at urgent care facilities and New York University hospital. As a result of the asbestos-statement made last week by the NYCHA worker, I am concerned that the cough may be asbestos-related due to the negligence of the Authority and the exposed areas in my apartment.

When I arrived home today, on Tuesday, July 31, there were two notices on my apartment door for plastering appointments, on Monday, July 30! The notices are dated July 30 at 9:15 AM. Even if the notices had been posted on the *same* day, how am I expected to make arrangements to be home at 1 pm following a 9:15 notice, and what is Riis trying to cover by posting appointments that were never discussed? I have missed many days of work for court appearances and to be home for repairs.

I respectfully request that you use your office to see that all court/ordered repairs (HP action LT 000258-18/NY) are effected by not later than August 31, 2018. Further, due to the basically uninhabitable and dangerously unhealthy condition of the apartment going back months, if not years, I am requesting that a rent of $200, commensurate with the apartment's condition, be made effective from October 2017 through July, 2018. Provided the repairs are completed by August 31, 2018, the calculated rent of $1,006 will be effective as of September 1, 2018.

Sincerely,

Francisco Alameda

cc:     Hon. Carlina Rivera, NY City Council
        Hon. Harvey Epstein, NY State Assembly

COMMENTS_00008



**New York City Housing Authority**

**JACOB RIIS HOUSES**

454 E. 10TH STREET

NEW YORK, N.Y. 10009

212 228-2400

212 420-2246 (Fax)

06/18/2018

Francisco Alameda
170 Avenue D. Apt. 5F
New York, N.Y. 10009

Good Afternoon:

The following appointments are scheduled for the repairs you stated in your court stipulation. Please make arrangements to be home or have someone over the age of 18 to be there to allow the work to be completed.

Plumbers will be at home on June 22, 2018 8 a.m.

Plastering ( kitchen and bathroom) Scheduled for  June 27, 2018 8 a.m.

Exterminator  scheduled for July 3., 2018, 1 p.m.

Carpenters scheduled for Kitchen Cabinets July 20, 2018 8 a.m.  N/A

Thanks for your cooperation.

Respectfully,

Francisca Washington
Assistant Property Manager

CC; Caroline Torres
    Assistant Superintendent

    Lizamma George
    Property Manager

My sink



Current Bathroom conditions



Current BAthRoom
condition.





COMMENTS_00013

Neighbor's Sink



Thisisgoing on For
A yeaR !



From:
Francisco Alameda
170 Avenue D
New York, NY 10009

PRESS FORM, NY 100
15 AUG 2018 PM 13 L

To: United States Attorney's Office,
Southern District of New York
86 Chambers St. 3rd Floor
New York, NY 10007

ATTN: Robert Allen, Esq., NYCHA Settlement

August 10 2018

U.S. Atty's office of District of New York
   68 Chamber Street., 3rd Floor
   New York, N.Y., 10007


Attn; Robert Yalen, Esq., NYCHA Settlement

Irene E. Alava, Residing at 2700 Randall Ave. Apt 5H, Bronx N.Y. 10465-2648.

I have the following complaints in regards to my Apartment.
   1. Mice problem, holes in kitchen walls by the storen under kitchen cabinets
   2. Windows drop when open
   3. Floors are bad and ties need changing
   4. Lights in bathroom goes  out
   5. Toilet handle chain to flush need repair
   6. Closet handle need to be replaced
   7. Shower handle needs replacement it keeps pinching my finger


      Sincerely,


      *Irene Alava*  8 - 10 - 18 -

      Irene E. Alavt


      BELINDA MORALES
      Notary Public - State of New York
      NO. 01MO6194188
      Qualified in Bronx County
      My Commission Expires

From: Irene E. Alava.
2700 Randall Ave. 5H,
Bx. N.Y. 10465

To: U.S. Atty's of District of New York.
68 Chamber Street, 3rd Floor
New York, N.Y. 10007,

10007-121468

NEW YORK NY 100
15 AUG 2018 PM 13 L

AUG 30 2018



**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: 8/20/2018

My name is _Carolyn Allen G-G_ . I am a resident of
_Douglass Houses_ . I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect
and mismanagement of NYCHA developments and its residents. This is a small
victory thus far. As more is being revealed, we are confident you will continue to
hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting,
your Honor, that you elect leaders from our community (NYCHA leaders), to sit at
the table with those you have put in place to monitor the monies, repairs and
organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our
community for years and is the perfect candidate to sit with the federal monitors
at the table. She is someone we can trust to help express the needs of low
income residents as we face these challenging times. We deserve to have input
and transparency as we work together to insure the safety, longevity and quality
of life for those who's history has been plagued with injustices. We are the
backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened
by what we are seeing and experiencing. Yes there are a myriad of repairs that
need to be done, but most importantly that our voices be heard in the face of
privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on
people like you who stand up for justice.

United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 1, 2018

Dear Honorable Judge Pauley,

My name is Luisa Almestica, and I am a member of South Bronx Church.

I live at 308 Park Avenue, Apt. 16F Bronx, NY 10451. I have lived there for 43 years, and I have asthma.

I first noticed mold in my apartment about a year ago around my bathtub. I then called NYCHA to tell them about the problem. They sent service workers who came and said that they didn't see any mold, and that the bathroom was completely clean and refused to listen to my problems with mold. Because this was not true, I had to get Father Skelly from my church to call again and they finally fixed the problem the second time.

I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in the *Baez* case and I support it because it should not take multiple visits from NYCHA workers to fix a simple mold problem. My friends in NYCHA who don't speak English have had even worse experiences, and it's not fair that they can't get NYCHA to respond to their problems.

Signature: *Luisa Almestica*          Date: 01-1-18

            Luisa Almestica

Proskauer Rose LLP
11 Times Square
New York, NY 10036

NEW YORK
NY 100
02 AUG '18
PM 12:L

ZIP 10036
02  1W
0001361377

U.S. POSTAGE >> PITNEY BOWES

$ 000.47⁰

United States Attorney's Office, Southern Distr. of NY
**86 Chambers St., 3rd Floor**
**New York, NY 10007**
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-253203

United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 13, 2018

Dear Honorable Judge Pauley,

My name is Jose Almonte.

I live at 280 Madison Street, New York, NY 10002 (LaGuardia Houses).  I have lived there for
42 years.

In my brother's room, there was a lot of mold. NYCHA cleaned it up, and it did not come back.
In my room, there was a little bit of mold in the closet and a little bit of mold in the window on
the wall. I cleaned it, and it never came back.

I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in
the *Baez* case and I support it because we need to get rid of mold in all apartments. It makes
people sick. We need to improve people's quality of life in the buildings, and we need to keep
the leaders of NYCHA on their toes because they have lied about the lead conditions and
probably about the mold condition, too.

Signature: _Jose Almonte_         Date: _Avg, 13  2018_

           Jose Almonte

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10036
02 1W
0001361377.

$ 000.47⁰

NEW YORK
NY 100
14 AUG '18
PM 4 L

United States Attorney's Office, Southern Distr. of NY
**86 Chambers St., 3rd Floor**
**New York, NY 10007**
Attn: Robert Yalen, Esq. NYCHA Settlement

10007-263203

Patricia Alston
Boulevard Houses (NYCHA)
363 Wortman Ave. Apt. 1F
Brooklyn, NY 11207
347-240-2929 - Home
347-938-7899 - Cell

My name is Patricia Alston, 61 years
Old, a COPD/Asthma patient and a
wheelchair user.

On September 7, 2017 in the afternoon
I was returning home from an appoint-
ment, I encounter another flood (a
3rd one) in the first floor. My apart-
ment flooded from my bedroom to
the living room. The water was coming
once again from the bathroom tub,
toilet.

Now on August 4, 2018 at 3:00 am I
woke up to go the bathroom I was
stepping in a puddle of water then
I realize once again it was another

flood and the water was coming
from the bathroom tub and
toilet.
This is the 4th one in 7 years
that I have been living in this
apartment.
I lost most of my belongings
I have thrown away most of
my clothings, shoes, boxes, etc.
I have putting Section 8 trans-
fer papers to move to an accessi-
ble wheel chair apartment and
is because of the condition of
this apartment that is infested
of roaches even though I try
my best to keep it clean with
the help of my aid, also the many
floods I been having and molds
because of it.
Most of the molds are found in the
closets.
With the roaches I have been
using most of my little money to
buy roach spray to keep the roaches

aways.

Please I need some help so you can do something to live in a better condition apartment or home.

Sincerely yours:-

Patricia L. Alston

Patricia A. Alston

P.S. I am a witness of the last 2 floods.
I write the letter for Miss Alston
Anna Couch-Superville
Home Health Aide

Anna Couch-Superville

To Whom it may concern,

I Andrea Punch HHA, worked with Miss. Patricia Alston at the time of the incident in Question. My duty was to give care to her and lite house duty, however one day when I got in to work, her home was under water, she did what she can, which wasn't much until I got there, I was mopping all day because the water kept coming, she spread towels, comforter and whatever she can to soak up the water, we went out and buy stuff, which I used to sanitize the place, and we also took some stuff to the laundromat to wash, which had to be reused because the water didn't stop, eventually she decided she wasn't going to use those stuff again, so she bagged them up and threw them out, including her big carpet which she was trying hard to safe, she didn't know how she was going to get that dry and sanitized, after awhile a fowl odor was coming from her closet, when she checked it, it was covered in mold, she had to start throwing out stuff again, it was a stressful experience, because it was a week long dealing with this, I even ended up at the Dr. for my back, tried to help her through all of this, she reported it to the office and they said they were working on the situation but nobody came and help to do the work and that was not my job. I only helped because she's living alone and that was my place of work.

*Andrea Punch*

Andrea Punch

Patricia Allston
363 Wortman Ave, 1F
Brooklyn, NY 11207

10007-263203

United States Attorneys Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq. NYCHA Settlement



United States Attorney's Office,
Southern District of New York

Attn: Robert Yalen, Esq.
My name is Patricia Alston, I
reside on 363 Wortman Ave. I F on
the Boulevard Houses apartment
(NYCHA)

I send a letter with reports of
the cases that you all have in the
proposed settlements for Federal
Court.

I am writing you this letter so
can include me to speak at the hea-
ring about the case and the problems
that I have been having in my
apartment.
I would really be appreaciated if
you kindly include me to speak at
the hearing
My contact Number is:
346-240-2929 Home
346-948-7899 Cell

My address is:
363 Wortman Ave. 1F
Brooklyn, NY 11207


Sincerely yours;

Patricia Alston — PATRICIA ALSTON
Patricia Alston
Resident of a NYCHA apartment

COMMENTS_00030

Patricia H. Histon
293 Wortman Ave. 1F
Brooklyn, NY 11207

United States Attorney's Southern District of NY
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

1.0007-263203

United States Attorney's Office, Southern District of New York

86 Chambers St., 3rd Floor

New York, NY 10007

Attn: Robert Yalen, Esq., NYCHA Settlement

Ms. Carole Alteon

3030 Surf Avenue, Apt, 5G

Brooklyn, NY 11224

August 19, 2018

To whom it may Concern,

I have been living in Coney Island Houses since July 1979. When I first moved into the development, buildings were well taken care of; yards, floors, and windows were often cleaned. Lobbies were painted every summer. Floors were buffed during the holiday time. When there's an indoor problem maintenance may come the same day or the next day. Exterminators used to come to spray for bugs or give roach motels to tenants to keep bugs away. In recent years, the quality of the buildings have deteriorated. The grounds are littered with garbage, urine and feces in the staircases, dirty floors, maintenance issues, and a litany of other problems. There has been a lack of NYCHA staff, lack of communication with the NYCHA staff and a lack of culpability between NYCHA and tenants. The price of

rent continues to go up yet the quality of life continues to fall. As Coney Island begins to go through the trend of gentrification, Coney Island houses is receiving aesthetic improvements as opposed to a more functional and beneficial renovation to various systems within the buildings and communication with NYCHA representatives. Workers in the management office do not show a consistent level of professionalism and maintenance workers, when they do happen to make it to appointments, often seem to not be given the proper information and tools to effectively carry out their jobs. On two separate occasions during the 2018 year, housing had been scheduled to do maintenance work in my apartment and failed to make the appointment. In both instances I had to miss two work days and the work was not done. NYCHA has not taken the initiative to take responsibility for all of these issues and seldom addresses them, if at all. No one can neglect the fact that the people living in the building play an integral part in its upkeep but it is up to management to uphold a particular standard. Many of these issues cause various health issues physically, mentally and physiologically, contributing to a cycle of apathy and arrested development. My hope is that these issues can be addressed.

Sincerely,

Carole Alteon

Ms. Carole Altorn
30-30 Surf Ave. #5G
Brooklyn, N.Y., 11224

United States Attorney's Office,
Southern District of New York
86 Chambers St., 3rd Floor
New York, N.Y. 10007
Attn: Robert Yalen, Esq.; NYCHA Settlement

10007-263203

NEW YORK NY 100

20 AUG 2018 PM 14 L



COMMENTS_00034

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| MARIBEL BAEZ, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | 13cv8916 |
| | : | |
| -against- | : | |
| | : | |
| NEW YORK CITY HOUSING | : | |
| AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | 18cv5213 |
| | : | |
| -against- | : | ORDER REGARDING PUBLIC |
| | : | COMMENT ON THE PROPOSED |
| NEW YORK CITY HOUSING | : | SETTLEMENTS |
| AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

      The parties in the cases captioned <u>Baez, et al. v. NYCHA</u> and <u>United States v.</u> <u>NYCHA</u> (the "Parties") each seek judicial approval of the proposed settlements submitted in those cases. The parties request that this Court solicit public comment through which interested individuals or organizations may address the proposed settlements.

      To assist in determining whether either or both of the proposed settlements should be approved, this Court will solicit input from interested members of the public through written comments and participation in a public hearing to be held in **Courtroom 9C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York** at

**9:30 a.m.** on **September 26, 2018**.  Accordingly, this Court adopts the following procedures that

must be adhered to by any individual or organization wishing to provide written comments or to

be heard at the public hearing.

      1.    **Written Comments**:  Any person wishing to provide comments about

either or both of the proposed settlements must send a letter of no more than 3 pages to the

following address:

**United States Attorney's Office, Southern District of New York**
**86 Chambers St., 3rd Floor**
**New York, NY 10007**
**Attn: Robert Yalen, Esq., NYCHA Settlement**

      Letters must be received by **August 21, 2018** to be considered.  Persons providing

written comments must include in their letters their full names, addresses, and if applicable, the

organization with which they are affiliated.  Because these letters will be filed on the Court's

public docket, written comments shall not include irrelevant, threatening, inflammatory, or

confidential personal information.

      The United States Attorney's Office for the Southern District of New York shall

compile all written comments and file a set of all comments on the docket for each of the above-

captioned matters.  No comments will be accepted by telephone.  Finally, anonymous comments

will be rejected.

      2.    **Speaking at the Public Hearing**:  Any person who wishes to speak at the

hearing on September 26, 2018 must submit a written comment according to the procedures set

forth above and include in the letter that he or she would like to speak.  Counsel and the parties

to the case will be given the first opportunity to speak.  Members of the public will then be

permitted to make statements in the order that their written comments were received.  Other than

-2-

counsel and the parties, speakers will be limited to two minutes each, and that time allotment may be modified at this Court's discretion. The hearing will be on the record and all speakers must provide their full name and if applicable, the organization with which they are affiliated.

The courtroom will be open beginning at 8:45 a.m. Proper courtroom decorum is required. This Court anticipates respectful silence and attention during the presentations of all speakers. No food or beverages will be allowed in the courtroom. Signs, poster-boards, and other demonstrative objects will not be permitted.

Dated: July 18, 2018
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

August 13, 2018

Robert Yalen, Esq., NYCHA Settlement
Unites States Attorney's Office,
Southern District of New York
86 Chambers Street, 3rd floor

Dear Mr. Yalen:

I have been a resident at 50-31 Newtown Road, Apt 5B in Woodside Houses for over 40 years.  I raised my children here and have struggled with the conditions at the Woodside Houses for many, many years. We have an ongoing mold issue, broken and roach infested cabinets and electric sockets.  Water leaks in in the hallway from behind the wall.  My apartment walls are cracking, my windows are falling apart, garbage, urine, feces in the elevator and hallways.  I have reported these conditions to housing on many occasions and nothing has been done about it.  The main issue that I'm very worried about is the infestation of roaches and the ongoing mold in the bathroom.  My grandson that lives with me has asthma and the mold is making it worse.  I also was checked by my doctor from an ongoing cough that lasted for months.  I was told I am allergic to roaches.  The chemicals I use to clean up the mold does not help my condition.

I reported the bathroom mold many times to NYCHA and when the worker arrives they just clean it and paint over the wall.  The worker does not scrape and remove the mold that is underneath the wall.  In less than 2 weeks the mold returned.  I again must call housing to request another maintenance ticket.  Out of frustration I called the Woodside main office and spoke to the super, Kevin German, assistant manager, Donald Logan and property manager, Isaac Perry with no resolution to the mold issue.  I was told that I need to leave the door open and shower in cold water and that I need to install a fan to remove the moisture.  I asked to speak to the super, Kevin German in person so he can illustrate to me how he detects mold and he told me that he just looks at the wall and he can tell if mold is present.  I explained to him that there is mold underneath the walls and he said that all NYCHA workers are professionally trained to detect and remove mold.

After I met with the super, Kevin German he sent over a worker who cleaned the mold but did not scrape underneath the walls to properly remove the mold.  The mold returned again in a matter of 2 weeks.  I have enclosed all the photos of the bathroom before and after the work was done.  After many attempts the mold is still present above and under our walls and ceiling.  Housing has not properly removed the mold.  This is making us sick.  We need your help…please.

If you have any questions, please contact me at 917.864.8560.  Thank you.

Regards,


Angela Alvia



COMMENTS_00039



COMMENTS_00040



COMME



COMMENTS_00042



COMMENTS_00043



COMMENTS_00044





COMMENTS_00046

COMMENTS_00047



COMMENTS_00048



Angela Mivia
60-31 Newtown Road,
Apt 5B
New York, NY 11377

7018 0680 0000 6979 3873

1000

10007

AUG 18

$7.12
R2306K13921 4-02

1 0007781825  0004

United States Attorney's Office,
Southern District of New York
86 Chambers Street, 3rd floor
New York, NY 10007

AUG 2 0 2018

United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 1, 2018

Dear Honorable Judge Pauley,

My name is Rosalinda Alvira, and I found out about the opportunity to write this letter through
Our Lady of Victory and am affiliated with South Bronx Churches. I have lived at 560
Claremont Parkway, Apt. 2B Bronx, NY 10457 since September of 1986. We have had mold in
our apartment many times, and it's been especially bad for last two years. The mold is on the
walls, ceiling, bathtub, and windows in the bathroom and it's around the windows in the kitchen.

My elderly mother lives with me, and I'm worried that living in the apartment is making her
health worse. She fell and broke her hip several months ago and has been in receiving in-home
treatment and is hardly able to leave the home. Being in the apartment so often has caused her to
start coughing, and the doctor diagnosed her with asthma and prescribed her with inhalants,
which she has to use twice a day. My 17 year old son also lives with us.

We have reported the mold many times, and the Supervisor has visited the apartment several
times. We showed him the mold and other issues we've been having in the apartment, and he
took pictures of everything. An inspector then came in May, 2018 and also took pictures, but no
actions were taken to help solve the problem.

NYCHA has taken far too long to respond to our problems. A simple paint job won't fix it
anymore. It needs to be completely gutted. You can even see the mold from outside. For my
mother's health, the problems in our apartment needs to be solved as soon as possible. We just
want them to do what they're supposed to do. It's a shame.

I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in
the *Baez* case and I support it because people need to start being held accountable. The Consent
Decree sounds like it will actually force NYCHA to solve problems faster and come with
consequences for when they fail to help.


Signature: _Rosalinda Alvira_      Date: _8-1-2018_

        Rosalinda Alvira

Proskauer Rose LLP
11 Times Square
New York, NY 10036

NEW YORK
NY 100
02 MAY 18
PM 1 L

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10036 $ 000.47⁰
02 1W
0001361377

United States Attorney's Office, Southern Distr. of NY
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-263203

COMMENTS_00052

United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 8, 2018

Dear Honorable Judge Pauley,

My name is Esperanza Anastacio. I live at 1806 1st Avenue, Apt. 11H in Isaac Tower. I've lived there for 15 years and I live there with my 5 children. Two of my kids have asthma. If it's really bad they need to be hospitalized, but even with smaller asthma attacks they need to stay home and have to miss school.

There's black mold all over the ceiling in the bathroom. There's also a lot of leaking coming from the roof into our ceiling and also from under the sink. The paint is peeling and bubbling in both places. This has been happening for as long as I've lived in the apartment – 15 years.

I've called several times to get these repairs made. We've waited for years at a time. When someone from NYCHA does come to inspect the apartment, they don't make any repairs, instead telling me that I need to put in another ticket for a particular type of work.

I've gotten so frustrated that I've tried to fix the problem myself and also have hired a contractor to fix the leaks in my apartment. That cost came out my own pocket and was an expensive burden. Those repairs worked for about a year, but unfortunately the leaks and mold came back because there are structural problems with the pipes and roof in our building that my contractor couldn't touch.

Also, NYCHA came to do a repair with my kitchen cabinets, and took all the cabinets down, but has not yet made the necessary repairs, three months later. I've also put in two applications to transfer to a new apartment because my family has outgrown this one. The first application was twelve years ago, and NYCHA says that application got lost. So I reapplied four years ago, and have not heard anything. Sometimes I feel like I'm being punished for speaking Spanish, especially with NYCHA losing my applications and ignoring my work order requests.

I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in the *Baez* case and I support it because I want NYCHA to fix the leaks and mold in our apartment when I first report the problem. I also like the idea of having an independent person to talk to about the reoccurring problems and who can make NYCHA fix the problems.

I would like to speak in support of the Revised Consent Decree at the hearing on September 26, 2018 if I don't have to work that day.


Signature: _____          Date: 8/8/18

        Esperanza Anastacio

I, Karen Reyes, certify that I am competent to translate between English and Spanish, and that I have read and translated this affidavit to Esperanza Anastacio to the best of my abilities.

Interpreter Signature: _____     Date: _____5 | 8 | 18_____

Sworn to before me this 8th day of August, 2018.

_____
Notary Public

JESSE M. FELDSTEIN
Notary Public, State of New York
No. 01FE6365768
Qualified in Kings County
Commission Expires Oct. 16, 2021

2

COMMENTS_00054

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

United States Attorney's Office, Southern Distr. of NY
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-2632203

ZIP 10036
02 1W
0001361377

U.S. POSTAGE >> PITNEY BOWES

$ 000.47⁰

COMMENTS_00055

Rosemary Anderson
Taft Housing
1365 5th avenue
Apt 14H
New York, NY 10029
347 346 3227
Rquiroz117@aol.com

Docket #'s
13 CV 8916
18 CV 5213

To whom it may concern;

I've lived in NYCHA for a while now, as the years go by the living conditions gets worse. I have had a mold problem in my apartment bathroom for at least four years now, I constantly call and place a ticket for the mold to be removed. NYCHA personnel comes to the apartment and they pain over the mold, few months later it comes back. There is no ventilation in the bathroom. I have been using a small fan to give that one room some ventilation, but that doesn't work anymore.

Currently my entire ceiling bathroom is full of mold. I have contacted NYCHA many times since March of 2018, until this moment nothing has been done. I have also contacted Mayor's office and superintended came to my home, took pictures, and I have not been contacted for any update.

My entire apartment smells moldy, I can't close my windows to enjoy my A.C because the smell gets worse. The apartment is constantly moist, floors and walls are always wet and if the weather is humid that makes it worse. When the mold smell is strong I always wake up the next day with my throat hurting. Besides ceiling bathroom having mold, it's also around the bathtub handles, edge of the tub. I can see how its growing. I bathe in these conditions; my kids bathe in these conditions.

Anytime that I placed a ticket for anything NYCHA will send someone to my home when I'm at work and with no prior notice of this visit which won't give me the opportunity to plan to be home or have someone home. These types of tickets won't allow me to choose my date of service and the tickets that do allow me to choose my date of serviced, NYCHA personnel comes to my home to tell me that they don't handle this type of work, the main office must send in a contractor.

Several times I came home, and I was left a note that NYCHA personnel was there for the mold, but I never received notification by phone, email, call, or letter. I will call the customer service line and will explain to them that I work, I need to be informed of when someone will come so I can have someone in my home. I have also been told by NYCHA workers that when this is done, on purpose NYCHA personnel puts you on the bottom of the list for repairs.

I have complained to management office many times and no one has done anything. Recently I called the managers office to speak to Mr. Samuel superintended that came to my home and took pictures of everything. He questioned me if someone contacted me about mt repairs? I told him no, I haven't spoken to anyone since you came to my home. He was supposed to call me back, I haven't heard from him or anyone. This call happened about a week ago.

Other issues happening in my apartment is; My apartment hasn't been painted for at least 10 years. Because of the mold issue I have paint falling from my ceiling in the bathroom. Every time I bathe or bathe my kids I must make sure there isn't any paint chips in the tub. Every single day I must sweep the paint chips off the bathroom floor.

Recently we had a major flood in the entire apartment coming down from 2 floors above mine, according to NYCHA a pipe broke. I had water coming down through the walls of my bathroom, hallways, kitchen, and Livingroom for an entire week. I will call everyday for this problem to be fixed, fire department had to come and shutdown my electricity. When housing came to my home, they said the water is coming from up above and plumber is coming.

Plumber didn't come for another week, it took them A WEEK to fix this. The only thing NYCHA did was to bring a machine that took the water out of my apartment, that happened ONCE. This problem caused for my mold situation to get much worse than what it was, I now also have cracked paint all over the apartment now, and cracked tiles or missing throughout the apartment. This flood caused for over 10 towels and over 9 bed sheets to get damaged, I had to get rid of everything because of the smell and stains it left on my belongings.

The building condition aren't any better. Lobby is filthy dirty, main entrance door is broken, elevator constantly have urine and waste in them, halls ways extremely dirty from top to bottom, rotches all over, spiders all over and spider webs above almost every apartment door. The walls on my floors is so filthy you must walk in the middle to make sure that you don't touch the walls. I have neighbors that their apartment is in such bad conditions that the entire hall ways smells like their apartment when they open the door.

I do hope that this help you and us for a resolution to all this. I work hard to keep my apartment nice, I will like for the outside of my apartment to look nice as well.
Any questions, I can be reached by email or call.

Thank you
Rosemary Anderson

Rosemary Anderson
1365 5th Avenue
Apt. 14H
New York, NY 10029

1000781825 0004

United States Attorney's office
Southern District of New York
86 Chambers St. 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq.; NYCHA Settlement



Jacquelin Andrew
445 E. 120th Street, 15C
New York, NY 10035
8/21/18

Ref: 18cv5213

My name is Jacquelin Andrew. I am a resident at Wagner Projects, at the above address for ten years. My family which consist of my daughter and my one year old grandson. We have been living under extreme hazardous living conditions; which are detrimental to not only myself but my entire family. These conditions are due to not only the lack of upkeep of the premises, but are also due to the refusal of NYCHA to take action on reprimanding certain malicious tenants, that also resides in the building. I have complained to no avail to NYCHA.

1. The tenant that directly lives in front of my apartment at 15B, is in need of assistance. He is not mentally capable of taking care of himself and an apartment. As a result, many of us are suffering from his unhealthy habits that disrupt our everyday living.

   a. A On a daily basis, due to his inability to upkeep his apartment, we experiment a multitude of maggots, which enters my apartment. I have a toddler and a dog. It is very stressful and expensive, not to mention unhealthy to keep the infestation under control. I am a prisoner in my own apartment. I cannot leave my home for any extended amount of time, as I have no idea when I will be overrun with worms. I am afraid that if not kept under control, the worms can be picked up by any one of either my grandson or my dog. Whenever the incinerator are closed for repair, instead of taking his garbage outside. He would throw his garbage in the stairway. This resulted in numerous worms to be crawling on the walls. This is also not only a health code violation, but dangerous in case of escaping in case of any unforeseen occurrences.

   b. The hallway has a horrific smell that encompasses not only the 15th floor, but also the above 16th floor, and the14th floor. As a result, a magnitude of flies and roaches fills the hallways and our homes. All the surrounding neighbors complain. However, it is useless complaining to NYCHA, for nothing is being done. All of our Air conditioners have to be on throughout; as windows cannot be opened for fresh air. This is a waste of energy for everyone involved.

2. The tenant that lives above my apartment in 16C, is a very malicious person. Her deliberate behaviors are causing detrimental conditions to my family.
   a. On a monthly basis, she constantly floods my entire apartment. If she uses her washing machines, which is located in her kitchen. During the spinning cycle, she allows the water to flow completely through the floor, and into my apartment. The water comes to not only to my apartment, but also straight through to the 14th floor. The water covers the kitchen floor and runs towards the front door. This destroys my kitchen mats, my supplies of food that are

stacked on the floor and worst of all, if this happened during while i'm cooking my meals, the water bounces into the pots. So, my meal have to be thrown away. The tenants on the 14th floor also complains to and about her Housing but she continues her malicious behavior.

b. She have created a very unsanitary and hazardous unlivable conditions. This action is a health code violation. She constantly floods the bathroom. This results, in mold and peeling paint. This is so constant that housing no longer shows up. She refuses to open her door and permits entry into her apartment. It is very unhealthy to be waking up to fecal matter in water which goes to both bedroom, hallway and living room. This nasty action creates mole, smell and destruction of my property. In the bathroom, my bathroom rugs, shower curtain, toilet tissues, all of our toiletries and above all my stand that's behind the toilet. This is the second stand that I have bought. I can no longer keep replacing items, which are intentionally being destroyed. When the water flows into the bedrooms; the night stand, book case, and rugs also have to be thrown out. My living room rug, are also a part of these incidents. My living room speakers and wall unit bottoms are ruin. At this point, the tiles are raising from the floor. The water saturate itself under the tiles and creates an aroma.

c. I continue to have health issue as I am the one that have to be involved with having the fecal matter water splashed on me, even in my face when trying to place container to catch her water. At times it is so plentiful my daughter have to get involved to usher it from our bedrooms and down the hallway. I do not want my grandson or my dog to become contaminated due to her actions. The building is old. She is now escalating the issue of mold and peeling paint. I try to have many of these issues solved on my own but at this point I can no longer manage on my own. Especially, since she continues to erode my hard work.

d. Due to her constant clogging of the toilet, whatever is wrong in her bathroom, it is causing a clog between her apartment pipes and mines. On any given day, my toilet would now just over flow. I had absolutely no problem until she moved into that apartment. The very day she moved into her apartment, the children overflowed the sink.

e. Her maliciousness does not stop with the deliberate constant flow of water. She allows the children to play with hard balls in her apartment at all hours. We would be awoken by the dribbling of the balls. The child would move around the apartment in search of our voices below. The walls are extremely thin, so if he hears any complaining, he bounces the ball above our heads. I've complained to the 311 operator. Police officer have been dispatched to her home. Yet, she continues. I've received a message from an officer Vegas from the 23rd Precent. He observed, and reported, when he approached her, she insisted there were no ball bouncing taking place in her apartment. However, he explained, he moved towards the elevator and waited. Within minutes, she not only allowed the children to continue to play with one ball but two. He then approached her door

and rang the doorbell. He confronted her not; only about her lying but her un-neighborly and inappropriate behaviors towards me and my family. This action have been taking place even and during the birth of my grandson.

I am available to provide comments at the upcoming hearing. My telephone number is 646-226-7294. If unavailable. Please leave a message. Thanking you in advance.


Sincerely,


Jacquelin Andrew

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: 8-15-18

My name is _Immacula Amitiolo_ . I am a resident of
_840 Columbus Ave   Apt 15A_ . I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect
and mismanagement of NYCHA developments and its residents. This is a small
victory thus far. As more is being revealed, we are confident you will continue to
hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting,
your Honor, that you elect leaders from our community (NYCHA leaders), to sit at
the table with those you have put in place to monitor the monies, repairs and
organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our
community for years and is the perfect candidate to sit with the federal monitors
at the table. She is someone we can trust to help express the needs of low
income residents as we face these challenging times. We deserve to have input
and transparency as we work together to insure the safety, longevity and quality
of life for those who's history has been plagued with injustices. We are the
backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened
by what we are seeing and experiencing. Yes there are a myriad of repairs that
need to be done, but most importantly that our voices be heard in the face of
privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on
people like you who stand up for justice.

COMMENTS_00062

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: _8-20-18_

My name is _Adam Antonetty Apt 12B_. I am a resident of
_Douglas Houses_. I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect
and mismanagement of NYCHA developments and its residents. This is a small
victory thus far. As more is being revealed, we are confident you will continue to
hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting,
your Honor, that you elect leaders from our community (NYCHA leaders), to sit at
the table with those you have put in place to monitor the monies, repairs and
organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our
community for years and is the perfect candidate to sit with the federal monitors
at the table. She is someone we can trust to help express the needs of low
income residents as we face these challenging times. We deserve to have input
and transparency as we work together to insure the safety, longevity and quality
of life for those who's history has been plagued with injustices. We are the
backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened
by what we are seeing and experiencing. Yes there are a myriad of repairs that
need to be done, but most importantly that our voices be heard in the face of
privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on
people like you who stand up for justice.

Robert Yalen, Esq., NYCHA Settlement
United States Attorney's Office
Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007


August 7, 2018


Lucy Aponte
430 West 125th Apt 1-H
New York, NY 10027


Robert Yalen,

My name is Lucy Aponte, I am 60 years old and I have been living at Grant Houses for many years. I reside at 430 West 125th Street in apartment 1-H, New York, NY 10027. I have been a member of the Grant Community Garden for about 10 years now and as of today I am currently a responsible member as a Head Leader for the Grant Community Garden. I can positively say I am very proud to be part of and enjoy being involved in helping our community.

I agree that the New York City Housing should be more responsible in handling situations such as the following: mold and lead that is building up to unhealthy issues. I have been living in Grant Houses since the age of 5, living in 4 different apartments throughout my life. I have been dealing with poor maintenance for the past 15 years and tickets are being placed in for complaints repetitive times and unfortunately there is always a no show or other excuses. The times that someone magically appears they look at the problem(s) and their comments are "we will be right back" and the tickets get closed or rather rejected. Forcing me to continuously put in more work tickets. I have been dealing with mold in my bathroom for over 10 years now. They just paint over the problem areas and the mold just keeps continuing to come back. I was told by a housing worker that I could maintain the problem myself with bleach and water. Which I am not able to do because for one I have asthma and two the bathroom celling is very high and I feel unsafe using a ladder for fear of falling.

These conditions are very harmful for myself and my grandson who is only 10 years old that comes and stays with me. We both have been diagnosed with asthma, which he has been suffering since he was 4 months old. He has been to ICU numerous times. Seeing him suffering under these respiratory problems as well for many years now. Roaches are another problem I deal with every single day. Housing should exterminate the infestations when called, but they do not until the problem gets out of control. I have issues with tiles not being fixed as they should be. I have numerous missing, some are beige and the bottom are black which I am very concerned that there might be asbestos inside of the tiles. I have been trying to fix these unhealthy conditions since 2015. I have been dealing with this stressful situation for many years and I am happy that I can finally express my problems and let them be heard. I would gladly like to be a part of the NYCHA Settlement (1. US Settlement and 2 Baez Settlement). Thank you very much. If you have any questions or need any more information please feel free to call me any time at (347) 334-8808.

Thank you respectfully,
Lucy Aponte

Tel - 347-334-8808

Lucy Aponte
480 - W - 125 st IH
N.Y.C. NY 10027

United States Attorney's office Southern District of N.Y.
86 Chambers St, 3rd floor
N.Y., N.Y. 10007

ATT Robert Yalen, ESQ., N.Y.C.H.A. Settlement



FOREVER
FO45800603 194851

COMMENTS_00065

NEW YORK
ERT 120
09 AUG '18
PM 16 L

COMMENTS_00066

United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 1, 2018

Dear Honorable Judge Pauley,

My name is Barbara Araujo, and I am a member of South Bronx Churches. I live at 301 156th Street, Bronx, NY 10451. I have lived there for 26 years. I have asthma and have had surgery on my lungs for breathing problems. I am constantly coughing at night. The water that leaks from the ceiling has a strong odor that makes it hard to breath. I have two small children in the apartment and they scratch the walls, which is concerning because there is mold. My daughter has breathing problems. They wake up at night because they struggle to breath.

I have had mold problems in my apartment, and have asked NYCHA to repair the mold. They say it's an internal leak in the wall and have never fixed it, so I've paid to apply plaster with my own money. The mold always comes back. I've had mold problems for at least 4 years. People have come to the apartment and seen the problem and just said they can't fix it.

I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in the *Baez* case and I support it because I really want repairs and I feel like I'm getting sicker by the day. I have a lot of health problems and this is making things worse.

I would like to speak in support of the Revised Consent Decree at the hearing on September 26, 2018.

Signature: _Barbara Araujo_   Date: 8-1-2018

      Barbara Araujo

I, Joel Diaz, certify that I am competent to translate between English and Spanish, and that I have read and translated this affidavit to Barbara Araujo to the best of my abilities.

Interpreter Signature: _____   Date: 8/01/2018

Sworn to before me this 1 day of August 2018.

_____
Notary Public

MARGARET JOAN LEDERER
Notary Public, State of New York
No. 01LE6364143
Qualified in New York County
Commission Expires Sept. 5, 2021



Proskauer Rose LLP
11 Times Square
New York, NY 10036

NEW YORK
NY 100
02 AUG '18
PM 13 L

ZIP 10036
02 1W
0001361377.

U.S. POSTAGE >> PITNEY BOWES

$ 000.47°

United States Attorney's Office, Southern Distr. of NY
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq. NYCHA Settlement

10007-263203

United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 8, 2018

Dear Honorable Judge Pauley,

My name is Maribel Arias, and I am a member of Manhattan Together.

I live at 50 Paladino Avenue.  I have lived there for almost eight years.

I have had black mold around the bathtub in my bathroom for about three months. A supervisor came last week to inspect my apartment and told me that someone would schedule an appointment in two weeks. He asked whether I just want the mold repainted or the entire apartment. I asked for the entire apartment to be repainted, since it has not been painted in about nine years. As of now, no one has called me to schedule an appointment.

I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in the *Baez* case.

Signature: _____     Date: 8/8/18

          Maribel Arias

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

NEW YORK
NY 100
30 AUG '18
PM 3 L



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10036
02 1W
0001361377

$ 000.47⁰

United States Attorney's Office, Southern Distr. of NY
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-263203

To:     Unites States Attorney's Office
        Southern District of New York
        86 Chambers St., 3rd Floor
        New York, NY 10007
        Attn: Robert Yalen, Esq., NYCHA Settlement
From:   Sabine Aronowsky Coordinator GNCJ
        C/O Fifth Avenue Committee  GNCJ
        621 Degraw Street
        Brooklyn New York, 11217

Re:     U.S. Settlement  ☐     Baez Settlement  ☐     BOTH  ☒

## I will be testifying on Sept 26, 2018                        ☒

Thank you for the opportunity to testify regarding the U.S. Settlement/Baez Settlement. My name is Sabine Aronowsky and I live South Brooklyn. I want to share briefly GNCJ's concerns regarding the settlements and offer specific recommendations on how the federal monitor and courts can address the overwhelming mismanagement of NYCHA. We wrote a 5 page recommendation in February 2018. The Gowanus Neighborhood Coalition for Justice is coalition comprised of South Brooklyn Public Housing Residents, local faith-based organization, Local Artist groups and local businesses in the Gowanus Neighborhood. Our platform principles includes protecting respecting and connecting public housing residents to the greater communities. As we were pursuing the fulfillment of our principles in regards to unhealthy indoor and outdoor conditions specific to living near The Gowanus Canal Superfund cleanup underway, the rezoning of the Gowanus neighborhood and the many conditions in public housing specific to the Gowanus area of Brooklyn where 3 public housing developments are experiencing conditions not only unacceptable but downright dangerous.

NYCHA systemically lied about compliance in regards to everything including Section 3 hires, water tank inspections, mold, lead, and much more. NYCHA's actions what callous and reckless in regards to the health and safety of thousands of American citizens living in public housing. The Federal Government including the EPA and HUD, New York City and New York State have all failed public housing residents in regards to safeguarding them from these toxins and share the blame for increased asthma attacks, high levels of lead affecting hundreds of thousands of residents over the last 50 years. To allow NYCHA buildings built before 1970 when lead paint was outlawed to be exempt  from remediation as long as NYCHA agreed to perform visual inspections actually allowed this situation to escalate. We should re-examine grandfathering rules when it comes to resiliency, value engineering and our most vulnerable population. GNCJ recommends together we look at the physical needs assessments for each public housing campus and based on the age of each development we can prioritize local training and work conducted under the watchful eye of the federal monitor and the NYCHA compliance department. We are requesting a resiliency education training innovation/family investment center located in South Brooklyn so that the residents of public housing can be trained and given an opportunity to maintain their dwellings. Section 3 mandate requires that 30% of new hires goes to local residents yet the system in place allows for alleged kickbacks and nepotism in hiring.  We want oversight in this matter.

The Gowanus Neighborhood Coalition for Justice is determined to fully pursue this right by submitting member comments today August 21st 2018 and by testifying on September 26, 2018. Our Coalition is also reaching out to its member groups and allies to encourage each group and  individuals in our community to submit comments and request to testify.

Our coalition is an opportunity for tenants of NYCHA to begin to have their rights to social, economic and environmental justice restored to them.

**In conclusion,**
**The** <u>Gowanus Neighborhood Coalition for Justice</u> **is requesting a seat at the table in regards to the Community Advisory Committee and any new departments NYCHA or the federal monitor must create to ensure NYCHA follows laws and regulations as well as focus on resident health, safety and quality maintenance services.**

Sincerely yours,
**Sabine Aronowsky, GNCJ Coordinator, Fifth Avenue Committee**
**Fifth Avenue Committee,** SAronowsky@fifthave.org

TESTIMONIES
FOR
SUBMISSION

COMMENTS_00072

To:    Unites States Attorney's Office
       Southern District of New York
       86 Chambers St., 3rd Floor
       New York, NY 10007
       Attn: Robert Yalen, Esq., NYCHA Settlement
From: Sabine Aronowsky Coordinator GNCJ
       C/O Fifth Avenue Committee  GNCJ
       621 Degraw Street
       Brooklyn New York, 11217

Re:    U.S. Settlement ☐   Baez Settlement ☐   BOTH ☐

## I will be testifying on Sept 26, 2018  ☐

Thank you for the opportunity to testify regarding the U.S. Settlement/Baez Settlement. My name is Sabine Aronowsky and I live South Brooklyn. I want to share briefly GNCJ's concerns regarding the settlements and offer specific recommendations on how the federal monitor and courts can address the overwhelming mismanagement of NYCHA. We wrote a 5 page recommendation in February 2018.

The Gowanus Neighborhood Coalition for Justice is coalition comprised of South Brooklyn Public Housing Residents, local faith-based organization, Local Artist groups and local businesses in the Gowanus Neighborhood. Our platform principles includes protecting respecting and connecting public housing residents to the greater communities. As we were pursuing the fulfillment of our principles in regards to unhealthy indoor and outdoor conditions specific to living near The Gowanus Canal Superfund cleanup underway, the rezoning of the Gowanus neighborhood and the many conditions in public housing specific to the Gowanus area of Brooklyn where 3 public housing developments are experiencing conditions not only unacceptable but downright dangerous.

NYCHA systemically lied about compliance in regards to everything including Section 3 hires, water tank inspections, mold, lead, and much more. NYCHA's actions what callous and reckless in regards to the health and safety of thousands of American citizens living in public housing. The Federal Government including the EPA and HUD, New York City and New York State have all failed public housing residents in regards to safeguarding them from these toxins and share the blame for increased asthma attacks, high levels of lead affecting hundreds of thousands of residents over the last 50 years. To allow NYCHA buildings built before 1970 when lead paint was outlawed to be exempt  from remediation as long as NYCHA agreed to perform visual inspections actually allowed this situation to escalate. We should re-examine grandfathering rules when it comes to resiliency, value engineering and our most vulnerable population. GNCJ recommends together we look at the physical needs assessments for each public housing campus and based on the age of each development we can prioritize local training and work conducted under the watchful eye of the federal monitor and the NYCHA compliance department. We are requesting a resiliency education training innovation/family investment center located in South Brooklyn so that the residents of public housing can be trained and given an opportunity to maintain their dwellings. Section 3 mandate requires that 30% of new hires goes to local residents yet the system in place allows for alleged kickbacks and nepotism in hiring.  We want oversight in this matter.

The Gowanus Neighborhood Coalition for Justice is determined to fully pursue this right by submitting member comments today August 21st 2018 and by testifying on September 26, 2018. Our Coalition is also reaching out to its member groups and allies to encourage each group and  individuals in our community to submit comments and request to testify.

Our coalition is an opportunity for tenants of NYCHA to begin to have their rights to social, economic and environmental justice restored to them.

**In conclusion,**
**The <u>Gowanus Neighborhood Coalition for Justice</u> is requesting a seat at the table in regards to the Community Advisory Committee and any new departments NYCHA or the federal monitor must create to ensure NYCHA follows laws and regulations as well as focus on resident health, safety and quality maintenance services.**

Sincerely yours,
**Sabine Aronowsky, GNCJ Coordinator, Fifth Avenue Committee**
**Fifth Avenue Committee, SAronowsky@fifthave.org**

# TESTIMONIES
# FOR
# SUBMISSION

COMMENTS_00074

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: 8-20-18

My name is ___Nalton Herington 11-G___ . I am a resident of
___Douglass Houses___ . I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect
and mismanagement of NYCHA developments and its residents. This is a small
victory thus far. As more is being revealed, we are confident you will continue to
hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting,
your Honor, that you elect leaders from our community (NYCHA leaders), to sit at
the table with those you have put in place to monitor the monies, repairs and
organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our
community for years and is the perfect candidate to sit with the federal monitors
at the table. She is someone we can trust to help express the needs of low
income residents as we face these challenging times. We deserve to have input
and transparency as we work together to insure the safety, longevity and quality
of life for those who's history has been plagued with injustices. We are the
backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened
by what we are seeing and experiencing. Yes there are a myriad of repairs that
need to be done, but most importantly that our voices be heard in the face of
privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on
people like you who stand up for justice.

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: 8-20-18

My name is Natalie Crayton #116 . I am a resident of
Douglass Houses . I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect and mismanagement of NYCHA developments and its residents. This is a small victory thus far. As more is being revealed, we are confident you will continue to hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting, your Honor, that you elect leaders from our community (NYCHA leaders), to sit at the table with those you have put in place to monitor the monies, repairs and organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our community for years and is the perfect candidate to sit with the federal monitors at the table. She is someone we can trust to help express the needs of low income residents as we face these challenging times. We deserve to have input and transparency as we work together to insure the safety, longevity and quality of life for those who's history has been plagued with injustices. We are the backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened by what we are seeing and experiencing. Yes there are a myriad of repairs that need to be done, but most importantly that our voices be heard in the face of privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on people like you who stand up for justice.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARIBEL BAEZ, *et al.*,

     Plaintiffs,

  -against-

NEW YORK CITY HOUSING
AUTHORITY,

     Defendant.

         :    13cv8916

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

     Plaintiff,

  -against-

NEW YORK CITY HOUSING
AUTHORITY,

     Defendant.

         :    18cv5213

         :  ORDER REGARDING PUBLIC
           COMMENT ON THE PROPOSED
           SETTLEMENTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

    The parties in the cases captioned <u>Baez, et al. v. NYCHA</u> and <u>United States v.</u>

<u>NYCHA</u> (the "Parties") each seek judicial approval of the proposed settlements submitted in

those cases.  The parties request that this Court solicit public comment through which interested

individuals or organizations may address the proposed settlements.

    To assist in determining whether either or both of the proposed settlements should

be approved, this Court will solicit input from interested members of the public through written

comments and participation in a public hearing to be held in **Courtroom 9C at the Daniel**

**Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York** at

**9:30 a.m.** on **September 26, 2018**.  Accordingly, this Court adopts the following procedures that

must be adhered to by any individual or organization wishing to provide written comments or to

be heard at the public hearing.

        1.      **Written Comments**:  Any person wishing to provide comments about

either or both of the proposed settlements must send a letter of no more than 3 pages to the

following address:

> United States Attorney's Office, Southern District of New York
> **86 Chambers St., 3rd Floor**
> **New York, NY 10007**
> **Attn: Robert Yalen, Esq., NYCHA Settlement**

Letters must be received by **August 21, 2018** to be considered.  Persons providing

written comments must include in their letters their full names, addresses, and if applicable, the

organization with which they are affiliated.  Because these letters will be filed on the Court's

public docket, written comments shall not include irrelevant, threatening, inflammatory, or

confidential personal information.

        The United States Attorney's Office for the Southern District of New York shall

compile all written comments and file a set of all comments on the docket for each of the above-

captioned matters.  No comments will be accepted by telephone.  Finally, anonymous comments

will be rejected.

        2.      **Speaking at the Public Hearing**:  Any person who wishes to speak at the

hearing on September 26, 2018 must submit a written comment according to the procedures set

forth above and include in the letter that he or she would like to speak.  Counsel and the parties

to the case will be given the first opportunity to speak.  Members of the public will then be

permitted to make statements in the order that their written comments were received.  Other than

-2-



8/7/18

Marie Assebian
129 West 142nd
Manhattan , NY 10030

Dear: United States Attorney's  Office Southern District of New York

   I have received the letter of your proposed settlement of  court to NYCHA.I
have  a sickle child and two children. We moved to the fifth floor with no
elevator,no lights in two bedrooms, Paint peeling in one of the bedrooms bathroom
tub is old and paint peeling, old broken toilet bowl with a old valve with slow
process water. The lobby main doors is broken. Half of the hallway building is
peeling.

   When my child had the sickle attack in his muscle he is unable to walk up and
down the stairs.When EMT do come it is hard for them to even to transport him
with the equipment from up to down the stairs. Few occasion I have to carry him
up the stairs by myself when my older son is not around.The paint started peeling
in one of the bedroom, the bathroom tub is old with peeling, the toilet is so old its
leaking through a crack its must be all replaced with new. I am concerned for my
family safety because of the broken lobby door since February 2018.I work late
hours days and come home with strangers standing in the front of building porch
due to the fact that there is a building garud. They sometime standing in the inside
of the hallway at anytime. The whole building should be repainted and fixed.


I am requesting help to live a safe building and descent home with my family.
Looking Forward to hear from you.

Thank you.
Marie Assebian

MARIE ASSERTAN
129 WEST 142nd ST
Manhattan, NY 10030

UNITED States Attorney's Office
Southern DISTRICT of New York
86 Chambers St, 3rd floor
New York
Attn: Robert Lune



August 17, 2018
United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn:   Robert Yalen, Esq. NYCHA Settlement

At-Risk Community Services, Inc. ("ARCS"), a not-for-profit agency which provides free legal services to the City-Wide Council of Presidents ("CCOP"), as well as the residents of NYCHA, hereby submits its comments to the proposed Consent Decree ("Decree").

The Decree establishes in great detail that NYCHA is a bad actor that, over the course of many years, created a *culture of corruption* in all facets of its activities. NYCHA failed to maintain its buildings and allowed them to fall into states of gross disrepair. It falsely closed out work orders. It lied to the federal government about compliance with lead paint. It failed to remediate toxic mold and vermin issues. It failed to keep the boilers working causing, 80% of its residents to be without heat this past winter alone. It lied about contamination in water tanks. Yet despite these and many other failings, the Decree essentially lets NYCHA off the hook: shielding it from criminal prosecution, allowing it to preside over its own compliance, and allowing all of the guilty parties to remain in their current roles. We find it shocking that the USAO worked so hard to prove how completely rotten to the core NYCHA is, but then failed to provide adequate fixes. We have major concerns with the way the Decree deals with almost all of the issues it seeks to address.

First, the Decree fails to include the single most important group – the residents. Federal regulations require the residents to be a part of decision making as well as all other facets of NYCHA. Yet the residents have no meaningful role. *They should be a party to the Decree, through CCOP* (their recognized, duly elected representatives). No one understands the issues like the residents. No one can speak to the inhumane treatment they have received over the years, and certainly no one knows what needs to be done to fix those issues, moreso than the residents themselves. Yet no one has asked them for their input throughout this entire process. It was very disheartening that the three parties utterly failed to take the residents into account in the very long negotiations that led to the Decree, bringing them in for one single meeting just days before the Consent Decree was agreed to, and ignoring the suggestions that CCOP made at that meeting. This is how NYCHA has treated CCOP and the residents for years; that the USAO took the same approach is not a good indication that things will be any different under the Decree.

112 Spruce Street, Suite 5, Cedarhurst, NY 11516                    347-927-9651



Other specific shortcomings in the Decree include:

<u>Section 15</u> gives the USAO power to select the monitor with input from the City and NYCHA. It has the "discretion" to take views from other groups. Despite the federal regulations, the Consent Decree has no requirement the residents have a voice in the process.

<u>Section 18</u> states that the monitor has the power to make sure NYCHA complies with the law. But NYCHA is required to be in compliance with the law with or without a monitor. What then is this Decree adding?

<u>Section 21</u> sets forth that the monitor will meet with tenant groups (but not specifically CCOP) twice a year to "solicit input....and advise the Monitor on the prioritization of projects". This has virtually no teeth and gives the residents no real power.

<u>Sections 23-26</u> give the monitor, along with NYCHA, all power to create performance requirements. <u>Sections 27-34</u> then give NYCHA and the monitor authority to create all other actions plans. All this is done without resident input. Further, the performance requirements are, for all intents and purposes, the federal and state laws which govern these issues. NYCHA is already required to follow city, state and federal law so we fail to see how these actions plans are adding anything. See also <u>Section 77</u>.

Shockingly, <u>Section 35</u> then states that *the monitor has no day-to-day responsibility for NYCHA.* Day to day management is left in the hands of NYCHA, with no oversight. Equally incomprehensibly, <u>Section 36</u> then allows NYCHA the ability to outsource much of its work to third party vendors despite the fact that NYCHA has over ten thousand employees on its payroll who are supposedly responsible to perform this work. Sadly, this is already the way NYCHA has been running its operations. The Decree essentially codifies NYCHA's **fiscally irresponsible work practices** for them. *Further, the Decree is completely silent on federal Section 3 requirements to give work to NYCHA residents, another area in which NYCHA is currently admittedly deficient.*

<u>Section 38</u> mentions design build. Sadly, it is limited to New York State's contributed funding which may or may not ever be added to this Decree. NYCHA and the monitor continue to be constrained by the City's horrible procurement processes, which are compounded by NYCHA's awful inefficiency. This is especially upsetting with regard to heat and new boilers. It will be years before new boilers will be installed. *This means that 80% of residents might go without heat for at least another two winters.*

<u>Sections 41-45</u> discuss NYCHA's reporting to the monitor. Note that all data and information at the monitor's disposal comes from NYCHA. We will discuss below.

<u>Sections 53-60</u> discuss additional funding by the City. The dollar amount is approximately two billion dollars over ten years, or two hundred million dollars a year. By

112 Spruce Street, Suite 5, Cedarhurst, NY 11516          347-927-9651



NYCHA and the City's own admission, NYCHA needs over thirty-two billion dollars in the next five years. In other words, the City's additional funding is grossly inadequate to make any real change.

Section 61 allows the City to claim "undue financial hardship," meaning they may never even make these payments.

Sections 63-65 make up some of the most grievous offenses in the Decree. NYCHA is required to set up compliance and environmental health and safety departments. These departments are to be staffed with NYCHA employees and a chief compliance officer ("CCO") who is also an employee of NYCHA. *In effect, NYCHA has been tasked with policing itself.* This is incomprehensible in light of their decades of non-compliance. NYCHA keeps its own data, shared with no third parties, and then creates a Quality Assurance Unit staffed with its own people, to verify that it is in compliance with all rules and regulations created therein. This is the exact same entity which was just caught lying to the Federal Government about these very issues. *Further, in July 2018, NYCHA announced that it already hired a CCO, without any monitor input.* We wonder if this is the same compliance department as the Decree contemplates or a totally separate one. At their single meeting with the USAO, CCOP and ARCS were very clear that compliance must be done by third parties because NYCHA cannot be trusted to do it themselves.

As stated above, Sections 71 and 72 effectively close the book on NYCHA's wrongdoings. No criminal charges, all civil claims resolved, and all claims released. No punishment or disciplinary actions for the guilty. (While USAO leaves the door slightly open for criminal actions against individuals, the current management and employees appear to be off the hook.)

After analyzing the Decree, our position is that it represents "business as usual" for NYCHA with an added expensive layer of bureaucracy. It does not have to be this way. A revised Decree can be a true force for good and the "watershed" change that the USAO advocated. This can be achieved by: (i) adding CCOP as a fourth party to the Decree with the ability to negotiate as an equal member, (ii) adding independent third parties who understand NYCHA to the compliance and quality assurance departments, (iii) major changes, or exceptions, to the procurement rules for NYCHA (e.g. accelerated procurement, design build), (iv) ensuring that the monitor is sufficiently funded and staffed to do its own oversight outside of NYCHA (i.e. Section 53 should be strengthened), and (v) establishing a unit to hold individual management and staff accountable for past wrongs, *with consequences* such as disciplining, transfer, etc.

*Eliezer Hecht, Esq., Director of ARCS, hereby requests the opportunity to address the court at the public hearing on September 26th, 2018.*

112 Spruce Street, Suite 5, Cedarhurst, NY 11516                     347-927-9651



8/24/18

To The united States Attorney's office, Southern
District of New York. My name is Nancy Aubry
I live here @ 70 Pitt Street 20B Gompers
housing Since 1964 my mom had rasied us
here. She had passed Away 2008. I took over
The Apartment. I've had problems with
All my work problems tickets not being
Answered. Winter not had hot water,
or no water without notice. Now my Sockets
have to be Replaced on my walls. Now
my lock on my door the Cylinder has to
be changed. Three tickets no Show or they
Closed them. 7/29/18 came 10:45 AT night.
did not fixe it. 60476574 went to mangers
office. 7/30/18 604935927 no one showed. 8/1/18
Another Ticket 605 34479. no Show. Now one
big problem my rent was raised four percent
Knowing my daughter was in and out of
Working to hold a job And go back to school
to better her Self. I gave them letters and
prove. They lost it. Now I have to go to
Court for back rent. This was There Fault.
I've been paying 650.00 A month Thinking
It was Adjusted And it was not. I work
part time 26 hours A week. And took A loan
from the welfare place which I have to
pay back And taxes I pay back. They Are
kidding me. 11,000 back rent That can't
be. This matter has to be taken care of.

And Then we have people that don't
live here is the stair cases designating.
I clean my hall way sweep, mop. And
the elevators also sometimes. No Security
here. I will go to court with this rent
matter but the manager is in the wrong.
Please this matter has to be handled.

Thank you.
Nancy Aobry
20 Pitt St. #20B
New York, NY 10002

Phone # 212-475-6977
Cell 646 364-2756

Ms Nancy Mororus
70 Pitt St #206
New York, NY 10002

NEW YORK NY 100
14 AUG 2018 PM 14 L



United States Attorney's Office, Southern District of New York
86 Chambers St. 3rd Floor
New York, NY 10007

Atten Robert Yalen, Esg: Nyatti Settlement.

COMMENTS_00087

Aug 20, 2018

William H. Pauley III

My name is Blanca Ariz, and I have a few complaints. For the Past six months I have been reporting that my Kitchen Cabinet is on the floor. No one has listen to my complaints. The wall in the hallway is dripping water and I spend plenty of time trying to clean It, and I'm afraid of mold. I have complain but nothing has been done. I don't know what else to do. I hope you can help me.

Sincerly

Blanca Ariz
55 East 102nd Street #2H
New York, ny 10029

Blanca Cruz
55 East 102nd Street #2H
New York, ny 10029-6056

United States Attorneys office
Southern District of New York
86 Chambers Street 3rd floor
New York, ny 10007
Att: Robert Yalen, Esq. NYCHA Settlement

# PRIORITY
## ★ MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE




1005

10007

U.S. POSTAGE
PAID
NEW YORK, NY
10128
AUG 20 18
AMOUNT
**$6.70**
R2304N117709-18

EXPECTED DELIVERY DAY: 08/21/2018

**USPS TRACKING NUMBER**

9505 5148 8773 8232 3055 68

EP14H July 2013 Outer Dimension: 10 x 5

United States Attorneys Office
Southern District of New York
86 Chambers Street 3rd Floor
New York, NY 10007
Att. Robert Yalen, Esq. NYCHA Settlement

Page 1

8/3/18   5716 Farragut RD
Brooklyn ny 11234   apt 3D

My Name is Karen ayala
                    I am living at
glenwood houses in Brooklyn NY 11234
apt 3D and my apt is infested with
roaches and the tiles in my apt are
coming up the stairwell is always
with a Bad odor of urine and humans
Feecies on the stair Well   my Rent
keeps going up every month & got my
Lease and it says $241°° Monthly
I told them more then 5 times
they Need to fix up my Rent
il got 3 different Rent for the
Month of July for August Rent
the housing staff here are very
Nasty to Clients to pee in the
elevator dogs & human urine
hall way Ned painting garBage in LiBBY
LoBBY door always Broken I would Like
something to Be done people hanging on
in the hallway a lot of trash outside
of Building My BathRoom & Kitchen
has Rust water



Page 2

My Furniture also got roaches from
this apt coming out garBage on the
grass infront of Building. the Childrens
Park is very filty the gate is
leaning over My entire apt is
infested With Roaches Maintence
mops with a filty stinking Mopa
Building entire is always dirty
When you ask maintence or housing
Staff to fix Something they dont
respond to it Quickly Always have
to wait 24 to 48 hours of More
and donly Been here 2 months
and Mr Kahn give me all
different Rent State ments that is
my housing assistant at
Glenwood houses and I Spent
about $250 00 in Roach Sprays
and Roach BomBs

Thank you Very
much Mrs ayala
hope Something is done

Karen Ayala
376 Farragut RD
Opt 3D
Brklyn 11234
Glenwood Houses

10007-1825-0004

NEW YORK NY 100
04 AUG 2018 PM 7 L

United States Attorney's Office Southern
District of New York
86 Chambers St   3rd Floor
New York NY 10007
attn: Robert Yalen ESQ. NYCHA Settlement



COMMENTS_00093

To whom it may concern

I Diane Babbs is a resident at Thomas Jeffery Project: 2065 3rd. Ave 11B

N.Y.C 10029

I have been here since April 4, 2008, and since I been here, I had a bathroom wall that collapse and just miss my daughter who was 8 at the time, In 2009 had issue with my kitchen floor, Mrs. Rosa was manger at the time, didn't beleive that it was the tile and wood under the tiles still breaking up the tiles one night went in the kitchen with nothing on my feet and got cut, but wasn't bad. didn't have to go to the hospital. Here are picture of my floor. Then say 4 years ago

A Lady upstairs had a leak which came down on me and damage 1,900, worth of leather coats, and they refuse to do anything. Every time I put a ticket in for the floor they close it out.

To top it off, I'm paralysis on my leftside due to a stroke and they have me on the 11th floor with 3 asthma daughter, when there was a fire and no elevator. for a couple of days, I had to walk upstair which was hard no hand rail to hold on, so I had to make sure somebody was behind incase I fell.





DIANE E
2005 3)
NEW YORK N.Y.C
NEW YORK, N.Y.C 10029

Attn: ROBERT YALEN Esq. N.Y.C.H.A
SETTlemeNT

United States Attorney office
Southern District of New York
86 Chambers St. 3ed Floor
New YORK, N.Y. 10007

COMMENTS_00098





grass not
Cut

grass not
Clean up









glass
Brō King

need paint





Garbage
out side
of Building

Urine



grabage
On
Stair



urine
on
Stairs




Urine
Stairs

COMMENTS_00106

①

August 5, 2018

My name is Jennifer Bair.
live at 1165 East 229th street
#8G Bronx NY 10466. I live
at at edenward with my
three kids for 15yrs.
My daughter ███████ s███████
is 19yrs old with cerebral
palsey and mental dis Able +
Physical disable. T███████
depend on elevator everyday
Because t██████ use wheelchair
to go to school and appointment
with mom and Home Health aid.

My Problem is elevator is
full. with urine, garbage
and its smell in elevator.
The elevator is never fix
correctly because the elevator
A door don't close complete
and that scared my families

②

My second Problem is the Stairs is urine on the Stairs and feces.

The door Knobs are off the door not Safe if there is emergency, and also if there is a fire.

The Stairs also have mental Peoples that sleep on the Stairs.

My apartment is full of Roaches in all of Bedrooms, Kitchen refrigerator, bathroom, living room and all of Cabinets

My apartment have flies, in the Hallways because of garbage is not remove on time.

My 11yrs son T███████ S███████ Troble with astma, eczema. and with AdHd

③

My daughter K████ B███ is 12yrs old.
have problem with comprehention
in school.

My Building floors need to be clean
evenday. Nobody clean the floors
The stairs need to Paint.
The Paint is peeling off the wall.

The Vent in my apartment and Hall—
Walls is full with dust and dirt.
That dangerous for my familes
breathing and my health.
The Outside of Building the grass
is not cut and if is cut nobody
Clean up the grass off the floors.
The garbage leave outside in front
of Building long length of time,
we have to pass the garBage, seeing
flies coming out of garBage.
The dumpster is alway full with
garbage, creating More flies, Roaches.
Housing need to treat the tenant
Better, we pay rent, so we deserved
to Be treated with clean and save Building

COMMENTS7900109

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| MARIBEL BAEZ, *et al.*, | : |  |
|  | : |  |
| Plaintiffs, | : |  |
|  | : | 13cv8916 |
| -against- | : |  |
|  | : |  |
| NEW YORK CITY HOUSING | : |  |
| AUTHORITY, | : |  |
|  | : |  |
| Defendant. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : | 18cv5213 |
| -against- | : |  |
|  | : | ORDER REGARDING PUBLIC |
| NEW YORK CITY HOUSING | : | COMMENT ON THE PROPOSED |
| AUTHORITY, | : | SETTLEMENTS |
|  | : |  |
| Defendant. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

The parties in the cases captioned <u>Baez, et al. v. NYCHA</u> and <u>United States v.</u>
<u>NYCHA</u> (the "Parties") each seek judicial approval of the proposed settlements submitted in
those cases.  The parties request that this Court solicit public comment through which interested
individuals or organizations may address the proposed settlements.

To assist in determining whether either or both of the proposed settlements should
be approved, this Court will solicit input from interested members of the public through written
comments and participation in a public hearing to be held in **Courtroom 9C at the Daniel**
**Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York** at

**9:30 a.m.** on **September 26, 2018**.  Accordingly, this Court adopts the following procedures that must be adhered to by any individual or organization wishing to provide written comments or to be heard at the public hearing.

            1.      **Written Comments**:  Any person wishing to provide comments about either or both of the proposed settlements must send a letter of no more than 3 pages to the following address:

> **United States Attorney's Office, Southern District of New York**
> **86 Chambers St., 3rd Floor**
> **New York, NY 10007**
> **Attn: Robert Yalen, Esq., NYCHA Settlement**

            Letters must be received by **August 21, 2018** to be considered.  Persons providing written comments must include in their letters their full names, addresses, and if applicable, the organization with which they are affiliated.  Because these letters will be filed on the Court's public docket, written comments shall not include irrelevant, threatening, inflammatory, or confidential personal information.

            The United States Attorney's Office for the Southern District of New York shall compile all written comments and file a set of all comments on the docket for each of the above-captioned matters.  No comments will be accepted by telephone.  Finally, anonymous comments will be rejected.

            2.      **Speaking at the Public Hearing**:  Any person who wishes to speak at the hearing on September 26, 2018 must submit a written comment according to the procedures set forth above and include in the letter that he or she would like to speak.  Counsel and the parties to the case will be given the first opportunity to speak.  Members of the public will then be permitted to make statements in the order that their written comments were received.  Other than

-2-



9500 1143 5955 8221 1377 60

USPS TRACKING NUMBER

From:
Jennifer Barr
1165 East 224th Street #8C
Bronx NY 10466

To: United States attorney's office
Southern District of New York
86 Chambers St. 3rd Floor
New York, NY 10007
Attn: Robert Yalen, ESq NYC Nacollement

FIRST CLASS

U.S. POSTAGE
BRONX, NY
10466
AUG 18
AMOUNT
$3.50
R2304M11669-19

1029

10007

0 7 AUG 2018

To whom it may concern,

There are lots of problems in my building: the ceiling in the lobby is falling down every weekend; the elevators get stuck between floors; there are cockroaches infesting the whole building; the soap-holder in the bathroom is broken; the kitchen cabinets are broken; the building is noisy because there are large groups of people living in many of the apart-ments; there is nobody to call when the pipes are leaking or the fire alarm goes off.

I think NYCHA should have to prove that they are using the money effectively, otherwise you're just rewarding incompetence.

— Sincerely
Moise George Balan
341 E. 70th St
#14B
New York, NY, 10021
(212)-734-6048



NEW YORK NY 100

01 AUG 2018 PM 14 L



Mr Moise Balan
341 E 70th St Apt 14B
New York, NY 10021

United States Attorney's Office,
Southern District of New York
86 Chambers St, 3rd Floor
New York, NY, 10007
Attn: Robert Yalen, Esq, NYCHA settlement

1000782632 C004

COMMENTS_00114

August 13, 2018

Attn: Robert Yalen, Esq
     NYCHA Settlement

My name is Samantha Galvez
I live at 2370 First Ave Apt 6B, NY NY
10035, Wagner Houses in Manhattan.
I've been living here ten years.
My apartment has mold through out
each room, especially the bathroom, which
has been plastered numerous of
times. Last date was November 2017
and mold is still present. Old chip
paint is falling from the walls and
heating pipes as well.
My daughter and I have severe illneses.
She has Anxiety and has been medically
diagnosed, which I am her Caretaker
for she can not travel alone.
I have Asthma, migraines, and had
a Brain Aneurysm in September 2017
which I needed emergency Surgery.
I've never had these issues before.
I been to management on ALL of
these issues in my apartment and
all they tell me, call for ticket or
moveout because many people will take

my apartment. I had a situation on
June 7 2018, NYPD and FDNY
drilled open my front door for no
reason. Some one called 911 (no one
from my apt) they came, we told them
nothing happening here, We all left
and they came back knocking my
door down, my neighbors telling
them She is not home, why are you
doing that, they cursed at them and
continued, 6 hours after we told
them. Now my door doesn't properly
lock and I can not see who is at my
door. My daughter and I live in
fear because I went to get a Report
on this incident and there is nothing
in writting that FDNY came or did
this to my door. The police told me
the same. Now management will take
their time to replace my door, like they
do for everything else.
I am paying $1,180 for Rent, living
in mold and chip paint, leaks coming
through from neighbors with pipe
issues. And Feces/ Urine in the halls
and Stair cases, Garbage, in elevators

I have to walk through people
smoking drugs, hanging out on my
floor that do not live here.
It has gotten so bad that I had
to take my daughter to a friend
house because she was getting
panic attacks and has been hospitalize
due to the violence and now my
door not closing right.
I work fulltime in a hospital, I've
missed work due to all of what I
mentioned, I myself have been
getting sick again with the migraines
and Asthma because I've been
under an amount of stress lately.
I am looking to move, NYCHA still cant
give me an answer on my transfer since
2015. All they want is Rent money,
they do not care for oure safety or
well being, Please help me get out of
this apartment. Myself and my daughter
Health is important. I am a good
tenant, I do not deserve to live
in these conditions.   Thank you
                        Samantha Galvez

X _Samantha Galax_ 8/16/18

State of: New York, County of: New York

Sworn (or Affirmed) to before me

this _18th_ day of _Aug_ 20_18_

Notary Signature:

**ELizabeth Johnson**
Notary Public, State of New York
**No-01J06172998**
Qualified in New York County
Certificate  Filed in New York County
Commission Expires August 20,20____

COMMENTS_00118

From: Samantha Galvez
2310 First Ave
Apt 6B, NY NY
10035

To: United States Attorney's Office
Southern District of New York
86 Chambers St., 3rd floor
New York, NY 10007
ATTN: Robert Yalen, Esq. NYCHA
Settlement

NEW YORK NY 100
17 AUG 2018 PM 6 L

10007-253203

COMMENTS_00119

August 3, 2018

Annetta Banks
330 East 115 Street Apt 7b
New York, New York 10029

United States Attorney's Office Southern District of New York
86 Chambers Street 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

Dear Sir/Madam:

My name is Annetta Banks and I have been living in Jefferson Houses since 1969. I have been having a mold problem in my bathroom for over ten years. The ceiling leaks when there is too much rain on the roof. The hallway by the elevator leaks as well. When we take showers the ceiling leaks in the tub while you are showering. The moisture in the bathroom is so bad we have to leave the door open so that it won't leak as much. The walls are soft and the paint pales off. They have come to fix the problem many times with nothing fixed. They have come and paint the bathroom and the mold just comes back. The problem has never been fixed. I have been spraying bleach to try and see if that will keep the mold problem down but it just comes back. I have asthma problems as a result from this problem. I have mold problems in the bed rooms as well and they leak to.

Sincerely Yours,

Annetta Banks

Annetta Banks
330 East 115 Street #7B
N.Y  NY  10029

United States Attorney's Office
Southern District of New York
86 Chambers Street 3rd Floor
New York, NY 10007
Attn. Robert Yaler, ESQ, NYCHA Settlement

10007-253203

NEW YORK NY 100



To Whom it may Concern          7/31/18

My name is Caroline Banks & reside
in Albany Houses 1400 Bergen st
apt 3B, Brooklyn N.y 11213. I would
love to speak about the problem
elevators and waiting 5 days to come
fix leaks and clog.

              Thank you
          Caroline Banks
          1400 Bergen st 3B
          Brooklyn N.y 11213

P.S. I Have video of me being in my
house for almost 5 days of not being
able to take a shower or brush my
teeth

Rhonda Banks
350 East 124 Street Apt 9c
New York, New York 10035

United States Attorney's Office Southern District of New York
86 Chambers Street 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

Dear Sir/Madam:

My name is Rhonda Banks and I have lived in Wagner Houses for over twenty years. There is lead base paint and molding problems in the apartments. I myself had mold in the bathroom and called in a ticket for it and the problem was never resolved. I had also needed for the bathroom to be painted because they had done some plaster repair. The man came and painted the walls and just corked around the bathroom tub and the panel and didn't address the mold problem. This is how things are done with NYCHA when you report problems. I keep reporting the same problems over and over again sometimes the problem is fixed and sometimes they are not. You are left helpless because you have no control over the repairs.

Thank You,

Rhonda Banks

Rhonda Banks

Rhonda Banks
350 East 124 Street #9C
NY NY 10035

United States Attorney's Office
Southern District Of New York
86 Chambers Street 3rd Floor
New York, NY 10007
Attn: Robert Yalen Esq. NYCHA Settlement

Shirley M. Barnes
588 Castle Hill Ave #9J
Bronx N.Y. 10473
August 9, 2018

To whom it may concern:
 I am a resident of the Castle
Hill Houses in the Bronx, my family
and I moved here when my son
was ten, he is now fifty-two,
 Castle Hill houses use to be a
place you could be proud of, my
apartment had mildew in the bathroom
three or four times, I never had
asthma in my life now at age
74 I have asthma, use a pump and
sometimes a machine to breath better,
if I had to walk up the stairs I
will have to stop on every floor and
the stairs are all a mess., For someone
who pay 1,208.60 a month, I feel I
am living worse than the homeless. It's
a shame how the city and most other
fed project people are worthless I for one

over –

worked all my life, had to retire, because
my hand the right one that I write
with was getting worse. instead of enjoying
retirement I am in the house all the
time because of the heat and my asthma,
and that is not enjoying life at all.
   As for the lead, I have great grand
children that visit for long periods
of time and pray it's not in 95. Jeffhat
housing need to do is hire more workers
so the buildings the grounds + apartments
are better, instead the top men get paid
just for setting and opening their mouth.
   The people in the projects are human
also.


Sincerely
Shirley M. Barnes
580 Castle Hill Ave #95
Bronx N.Y. 10473



**Shirley Barner**
580 Castle Hill Ave #91
Bronx, NY 10473-1515

United States Attorney's Office
Southern District of New York
86 Chambers St., 3rd Floor
New York, N.Y. 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-263203



NEW YORK NY 100

United States Attorney's Office
Southern District of New York
86 Chambers St. 3rd floor
New York, NY 10007

ATTN: Robert Yalen Esq. NYCHA
                    Settlement.
ATTN: Robert Yalen, Esq.

I MS. MARY BACHES do NOT
have kids for lead paint safety
the Management office have to
paint. The paint they used is
lead paint. I also wanted
to State that. I have a Cleaning
people to clean my Apartment.
Letter Attach. I do not have
mold in my Apartment and If so
housing have Not did repairs.
I put in they took pictures but
they "Never" responed. I have
a hole in the bathroom Beiling
which I didn't Cause. I live
with Kathleen Goerke roomate
And she is disability. She Can't Walk.

I'm Mentally disable, And Also
I have Aurthristy in both
Shoulders. I and kathleen Goerke
my ruomate Can't Clean the Apartmen,
So Kathleen Goerke Insurance gave
her a Cleaning people to do her
And my Apartment.

I Can't Afford Lawyer, I have
No money Or Assets For you.

Sincerely,
Mary A Barnes
MARY A BARNES
Doctors For disabilty: 865 Columbus Ave
NY, NY 11205 Apt. 15F

Kathleen Goerke

DONNA Finkelstein, Md.-(212) 844-8100

MARY Barnes - Martin Arron, MD - (212) 844-8100
(Mental doctor - Clair Jackson - Rabinowicz, DO
(212) 420-2127
MARY + kathleen # 646-998-4877

Mary Ann Barnes
Kathleen Ann Goerke
865 Columbus Ave. Apt. 15E
New York, NY 10025

NEW YORK, NY 100

20 AUG 2018 PM 4 L

United STATES AYYorney's Office,
Southern District of New York
86 Chambers ST., 3rd Floor
New York, NY 10007
ATTN: Robert Yalen ESq.; NYCHA SetTlement

1000782532 C004

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: _8/17/18_

My name is _Rosann Barnes_. I am a resident of
_Douglass House_. I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect and mismanagement of NYCHA developments and its residents. This is a small victory thus far. As more is being revealed, we are confident you will continue to hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting, your Honor, that you elect leaders from our community (NYCHA leaders), to sit at the table with those you have put in place to monitor the monies, repairs and organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our community for years and is the perfect candidate to sit with the federal monitors at the table. She is someone we can trust to help express the needs of low income residents as we face these challenging times. We deserve to have input and transparency as we work together to insure the safety, longevity and quality of life for those who's history has been plagued with injustices. We are the backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened by what we are seeing and experiencing. Yes there are a myriad of repairs that need to be done, but most importantly that our voices be heard in the face of privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on people like you who stand up for justice.

_Rosann B Barnes_

Cynthia Barrett
3010 Yates Avenue #7F
Bronx, New York 10469
July 30, 2018

To United States Attorney Office
My Name is Ms Cynthia Barrett
I live at Eastchester Gardens. I
have been a disable NYCHA resident
for 6 years begining in Dec 19, 2011
and at present. I live in a disable
apartment with mold smells in my
whole apartment. I also live on
the top floor 7F rooftop, Since
living in NYCHA I have exprince
many, many, many cold winters
with heat. I have to heat
my bedroom with a small heater
I have also sleep in clothing and
stay in the bed to feel warm.
I have also many health problems
also begining disable. My age is 63 yrs
over→7

COMMENTS_00132

old. I have roaches, cockerroaches and lady bugs during summer months. Also during fall, winter, spring and summer I have a infestations of roaches. I keep a clean Apartment but that do not stop the roaches from coming in. I have a lot of leaks in kitchen, livingroom bathroom & bedroom ceiling during fall, winter, spring & summer months also during bad rainy storms and bad snowy season also the trees outside my windows in the whole Apartment is too near my windows during one bad snowy season the window in the kitchen cracked and had to be displace. During the summer months the elevator that is broken a lot which means I cannot keep my doctor Appt or go out shopping or whatever I have to do. I am disable and need the elevator for use since I live on the top floor Apartment 7F.

Next page

I hope I have written this
letter which will be some
help in the case the United States
Attorney office have against the with the
NYCHA. If you have any more
questions for me you can write
me at my Address or call me
on my cell phone 347- 634
0318

Thank you
Ma Cynthia Barrett

Cynthia Barrett
3010 Yates Ave. Apt. 7F
Bronx, NY 10469-5123

NEW YORK NY 100

21 AUG 2018 PM 20 L

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-253203

COMMENTS_00135

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: 8 / 15 / 18

My name is _Idella Barrett_ . I am a resident of
_Frederick Douglass Houses_ . I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect
and mismanagement of NYCHA developments and its residents. This is a small
victory thus far. As more is being revealed, we are confident you will continue to
hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting,
your Honor, that you elect leaders from our community (NYCHA leaders), to sit at
the table with those you have put in place to monitor the monies, repairs and
organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our
community for years and is the perfect candidate to sit with the federal monitors
at the table. She is someone we can trust to help express the needs of low
income residents as we face these challenging times. We deserve to have input
and transparency as we work together to insure the safety, longevity and quality
of life for those who's history has been plagued with injustices. We are the
backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened
by what we are seeing and experiencing. Yes there are a myriad of repairs that
need to be done, but most importantly that our voices be heard in the face of
privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on
people like you who stand up for justice.

Idella Barrett

COMMENTS_00136

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - :

MARIBEL BAEZ, *et al.*, :

      Plaintiffs, :

              13cv8916

    -against- :

NEW YORK CITY HOUSING :
AUTHORITY, :

       Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - :

UNITED STATES OF AMERICA, :

      Plaintiff, :

              18cv5213

    -against- :

              ORDER REGARDING PUBLIC
NEW YORK CITY HOUSING : COMMENT ON THE PROPOSED
AUTHORITY, : <u>SETTLEMENTS</u>

       Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, Senior United States District Judge:

   The parties in the cases captioned <u>Baez, et al. v. NYCHA</u> and <u>United States v.</u>
<u>NYCHA</u> (the "Parties") each seek judicial approval of the proposed settlements submitted in
those cases. The parties request that this Court solicit public comment through which interested
individuals or organizations may address the proposed settlements.

   To assist in determining whether either or both of the proposed settlements should
be approved, this Court will solicit input from interested members of the public through written
comments and participation in a public hearing to be held in **Courtroom 9C at the Daniel**
**Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York** at

**9:30 a.m.** on **September 26, 2018**. Accordingly, this Court adopts the following procedures that must be adhered to by any individual or organization wishing to provide written comments or to be heard at the public hearing.

       1.      **Written Comments**:  Any person wishing to provide comments about either or both of the proposed settlements must send a letter of no more than 3 pages to the following address:

> **United States Attorney's Office, Southern District of New York**
> **86 Chambers St., 3rd Floor**
> **New York, NY 10007**
> **Attn: Robert Yalen, Esq., NYCHA Settlement**

Letters must be received by **August 21, 2018** to be considered.  Persons providing written comments must include in their letters their full names, addresses, and if applicable, the organization with which they are affiliated.  Because these letters will be filed on the Court's public docket, written comments shall not include irrelevant, threatening, inflammatory, or confidential personal information.

       The United States Attorney's Office for the Southern District of New York shall compile all written comments and file a set of all comments on the docket for each of the above-captioned matters.  No comments will be accepted by telephone.  Finally, anonymous comments will be rejected.

       2.      **Speaking at the Public Hearing**:  Any person who wishes to speak at the hearing on September 26, 2018 must submit a written comment according to the procedures set forth above and include in the letter that he or she would like to speak.  Counsel and the parties to the case will be given the first opportunity to speak.  Members of the public will then be permitted to make statements in the order that their written comments were received.  Other than

-2-

COMMENTS_00138

August 15, 2018

To: Whom this May Concern.

Hello my name is Jacqueline Bennett. I lived at 41-11 12th Street Apt. #3C. in a one bedroom apartment with my daughters at the ages of 15 and 8. Around the middle of 2007 that problem started from the bathroom that travelled to the outside wall, it got so bad even passing from the bedroom to the kitchen... I had bought a heavy duty plastic and duct tape to cover it.. I had pictures but the old phone got damage. I put in orders/tickets multiple times. The plaster/painter just scraped the painted over it. It got worse. Then my bedroom started leaking.. I complained to Housing often. They resolved it by moving me to a two bedroom apartment at 41-04 10th Street #4A. Now in my bathroom ceiling over the shower, the paint is peeling again...
My youngest daughter is 16 now, And she has real bad nose bleeds and bad headaches...

COMMENTS_00139

I took her to the doctors a few times about that. Just recently I had an apartment inspection, and I told them about the bathroom ceiling, then show him. And he said I had to call the service number. If that was an inspection and (I didn't get an inspection notice) I am discussing my apartment problems to him, he should have noted that, instead of telling me to call the service number for a ticket.

I would speak at the hearing when the times comes. →Thank Joel for listening.

J. Bewell

347-255-5464

41-11 10th Street #1A.

L.I.C., N.Y. 11101

From:   **Queensbridge Plaza**
        **Pharmacy Corp**
        10-37 41st Ave
        LIC, NY 11101

# FAX

Fax:    718-707-0706

        718-707-0705

Phone:

To:     _Robert Yalen, Esq., NYCHA Settlement_

Fax:    _1-212-637-2686_

Date:   _8/20/2018_

Pages:  _5_

NOTES:

_From: J. Barnett_

## CONFIDENTIAL

STATEMENT OF CONFIDENTIALITY: The information contained in this facsimile message is a client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message IS NOT the intended recipient, you are hereby notified that any dissemination distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the US Postal Service. Thank you.

United States Attorney's Office, Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

August 1, 2018

Dear Honorable Judge Pauley,

My name is Ana Maria Batista, and I am a member of Immaculate church.

I live at 301 E. 156 St. Apt. 8C Bronx, NY.  I have lived there for 22 years.

I have asthma.

For over 10 year I have had problems with mold and excessive moisture. The bathroom and
bedrooms have mold. In my bathroom there is a tube I use to sustain myself that has been broken
for several months, because of my age I need it to use the bathroom.  Additionally, they have not
fixed my mailbox.

I reported these problems to NYCHA by calling in several maintenance requests.

NYCHA has only painted over the mold and it is affecting my asthma problems. Every time I
call to have my issues fixed they keep telling me I need to wait and they never fix anything. They
tell me my request is processing and that I must wait.


I attended a meeting with Class Counsel to learn about the proposed Revised Consent Decree in
the *Baez* case and I support it because for my own health I need the problems to be resolved.
NYCHA has ignored my complaints and because they don't fix things my health is suffering.

Signature: _Ana M Batsle_     Date: _11/8/2018_

      Ana Maria Batista

I, Karen Reyes, certify that I am competent to translate between English and Spanish, and that I
have read and translated this affidavit to Ana Maria Batista to the best of my abilities.

Interpreter Signature: _____     Date: _8/1/2018_

Sworn to before me this _1_ day of _August_, 2018.

_Erin Marie Meyer_
Notary Public

ERIN MARIE MEYER
Notary Public, State of New York
No. 02ME6357945
Qualified in New York County
Commission Expires May 1, 2021

Proskauer Rose LLP
11 Times Square
New York, NY 10036

NEW YORK
NY 100
02 ALG 18
PM 14 L

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10036
02 1W
0001361377

$ 000.47⁰

United States Attorney's Office, Southern Distr. of NY
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-263203

COMMENTS_00143

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: 8/20/18

My name is Gavina Patista Apt. 1A . I am a resident of
Douglass Houses . I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect
and mismanagement of NYCHA developments and its residents. This is a small
victory thus far. As more is being revealed, we are confident you will continue to
hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting,
your Honor, that you elect leaders from our community (NYCHA leaders), to sit at
the table with those you have put in place to monitor the monies, repairs and
organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our
community for years and is the perfect candidate to sit with the federal monitors
at the table. She is someone we can trust to help express the needs of low
income residents as we face these challenging times. We deserve to have input
and transparency as we work together to insure the safety, longevity and quality
of life for those who's history has been plagued with injustices. We are the
backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened
by what we are seeing and experiencing. Yes there are a myriad of repairs that
need to be done, but most importantly that our voices be heard in the face of
privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on
people like you who stand up for justice.

**Honorable William H. Pauley III**
**United States District Court**
**40 Foley Square**
**New York, NY 10007**

Date: 8/20/18

My name is Luis Batista  Apt. iA . I am a resident of
Douglass Houses . I am responding to the U.S.
Settlements regarding United States v. NYCHA, and The Baez Settlement.

I am pleased to finally see that the federal government is aware of the neglect and mismanagement of NYCHA developments and its residents. This is a small victory thus far. As more is being revealed, we are confident you will continue to hold NYCHA accountable.

As a NYCHA resident, I am concerned about my community and am requesting, your Honor, that you elect leaders from our community (NYCHA leaders), to sit at the table with those you have put in place to monitor the monies, repairs and organization as we go forward.

Carmen Quinones is a NYCHA resident, has held many offices supporting our community for years and is the perfect candidate to sit with the federal monitors at the table. She is someone we can trust to help express the needs of low income residents as we face these challenging times. We deserve to have input and transparency as we work together to insure the safety, longevity and quality of life for those who's history has been plagued with injustices. We are the backbone of this society and are what makes this country able to thrive.

I speak for my community when I say that we are frustrated, fearful and saddened by what we are seeing and experiencing. Yes there are a myriad of repairs that need to be done, but most importantly that our voices be heard in the face of privatization or as De Blasio calls it public/private partnership.

I thank you for your time and consideration in this matter. Our lives depend on people like you who stand up for justice.

6 0 5 3 0 7 9 1



COMMENTS_00147



COMMENTS_00148



Rexina Batista
2257 2nd av Apt 7A
NY 10028

NEW YORK NY 100
1 3 AUG 2018 PM 3 L

E0357-263203

United States Attorney's Office, Souther Dist NY
86 Chambers St., 3rd Floor
New York, NY 10027
Attn: [illegible] Settlement

COMMENTS_00150

9/14/18

To whom it may concern,

I Diamond C Bell (Head of household)
would like to express my comments
as well. I have lived @ the
address 1385 5th ave # 9G
New York, ny 10029 for a little
over a year now and have had
a total of 6 floods throughout
my apartment. Due to these
floods my walls are now
filled with water, have
cracks and Sheet ricks showing
causing a roach infestation
and exposure to possible lead.
I have 3 small children
in the home. Also preparing
for to start my in home Child
Care. We have complained
several times and no actions has
been taken. Most of my personal
things has also been destroyed
I would like to make a public comment.

Diamond Bell

COMMENTS_00151

Diamond C. Isell
1385 5th ave #9G
New York, NY 10029

United States Attorneys Office
Southern District of New York
86 Chambers St., 3rd floor
New York, NY 10007

ATTN: Robert Yalen, DOJ NYC HHS Settlement



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIBEL BAEZ, et al.,

      Plaintiffs

    Against                          13cv8916

NEW YORK CITY HOUSING AUTHOURITY,

      Defendant.

---

UNITED STATES OF AMERICA,

      PLAINTIFF,

    Against                          18cv5213

NEW YORK CITY HOUSING AUTHORITY,

      Defendant.

---

Dear:  United States Attorney's Office, Southern District of New York, attn.: Robert  Yalen, esq., NYCHA Settlement.

SORRY FOR THE late response because I receive the propose settlement letter late.
My name is _Lakihya Bell_, and I live in New York City housing Authority located at _1785 Story Ave APT# 11F Bronx, N.Y 10473_ and I'm part of the settle agreement.


Thank you Respectfully Submitted.   8/28/18

_Lakihya Bell_

Lakihya Bell

Jennifer Benjamin
2926 W 25th Street
Apt 609 D
Brooklyn, NY 11224

To Whom It may Concern,
I wish to
State that I agree with the law suit
by the federal government against NYCHA
I have seen these condictions and
I do think it is a good idea to
have the Communety Advisory Committe
to over see NYCHA to make sure
that all repaers and maintenance
are done quickly and safely.

Your Respectfully
Jennifer Benjamin

COMMENTS_00154



NEW YORK
NY 100
18 AUG '18
PM 12 L

United States Attorneys Office
Southern District Of New York
86 Chambers St. 3rd Floor
New York, NY 10007
Attn: Robert Yalen, Esq., NYCHA Settlement

10007-263203

August 17th, 2018


To: United States Attorney's Office,


I, Laura Bennett, am writing on behalf of the proposed settlements; U.S. Settlement and Baez Settlement.  I am a tenant at Hammel NYCHA Houses, specifically:  82-03 Hammels Boulevard Apt. 6G Far Rockaway, NY 11693.

The first issues I would like to address are in reference to the U.S. proposed Settlement.  There has not been a tenant in one of the apartments next to mine. That apartment has had pest infestations (mice). On one occasion I had to call housing because there was a strong acrid smell emanating from the apartment and they found that a window was open and birds were coming into the apartment leaving droppings. There was also asbestos found in that apartment. In addition, there have been issues with the elevator service.  Once, the elevator stopped in between floors and I ended up stuck on the elevator for a long period of time.  I am a woman in my mid-fifties, who over the years have developed arthritis, and walking up and down six flights of stairs when there is no elevator service is quite an inconvenience, especially when I have to do laundry or grocery shopping.  Lastly on the U.S. proposed settlement, I would like to address the lack of heat. Sometimes the heat goes off and there is only cold water and during the dead of winter.  This should not be happening, let alone so frequently.  These complaints are in reference to the U.S. proposed Settlement.

In reference to the Baez Settlement, I was told that there were traces of mold in my apartment recently.  This should be addressed soon as this can affect my long-term health.

I appreciate your time for quickly reading through my complaints.  I hope that my grievances are taken seriously and a solution to amend these unfair living conditions is in my near future.

Thank you,

Laura Bennett

L-ODWIPII
81-03 HAMMELS BLVD
APT. 66
FAR ROCKAWAY, NY 11693

UNITED STATES ATTORNEY'S OFFICE, SOUTHERN
86 CHAMBERS ST., 3RD FLOOR
NEW YORK, NY 10007
ATTN: ROBERT YALEN, ESQ., NYCHA SETTLEMENT

10007-263203

neopost
07/26/2018
US POSTAGE $000.47°

ZIP 10036
041L11251398

FIRST-CLASS MAIL