

**Nicole Gueron**
ngueron@cgr-law.com
Direct: 212.633.4312

**By Electronic Filing**

The Honorable William H. Pauley III
United States District Court
500 Pearl Street, Room 1920
New York, N.Y. 10007

September 4, 2018

Re: *United States v. New York City Housing Authority*, No. 18 Civ. 5213 (WHP)

Dear Judge Pauley:

We write, pursuant to Section III(F) of this Court's Individual Rules, to advise you that the motion to intervene filed on behalf of our clients, the City-Wide Council of Presidents, Inc. and At-Risk Community Services, Inc. (together, the "Tenants"), is fully briefed and that the following papers have been filed in connection with the motion:

| Dkt. No. | Description |
| --- | --- |
| 34 | Tenants' Notice of Motion |
| 35 | Tenants' Memorandum of Law in Support |
| 36 | Declaration of Daniel Barber in Support |
| 37 to 37-6 | Declaration of Eliezer Hecht in Support and annexed exhibits |
| 38 | Consolidated Memorandum of Law in Opposition |
| 42 | Tenants' Reply Memorandum of Law in Support |

We thank the Court for its consideration of our motion.

Respectfully submitted,

*Nicole Gueron (MG)*

Nicole Gueron

cc: All Counsel of Record (by ECF)