UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

MARIBEL BAEZ, *et al.*,      :
             :
         Plaintiffs, :
             :  13cv8916
      -against-    :
             :
NEW YORK CITY HOUSING   :
AUTHORITY,        :
             :
        Defendant. :
             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

UNITED STATES OF AMERICA,  :
             :
        Plaintiff, :
             :  18cv5213
      -against-    :
             :  ORDER REGARDING
NEW YORK CITY HOUSING   :  PROCEDURES FOR THE
AUTHORITY,        :  <u>SEPTEMBER 26, 2018 HEARING</u>
             :
        Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, Senior United States District Judge:

    The parties in the cases captioned <u>Baez *et al.* v. NYCHA</u> and <u>United States v. NYCHA</u> (the "Parties") each seek judicial approval of the proposed settlements submitted in those cases.  A public hearing on those settlements will be held in Courtroom 9C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at 9:30 a.m. on September 26, 2018.

    In response to this Court's July 18, 2018 Order soliciting public comment on the proposed settlements, over seven hundred individuals or organizations have submitted their input to be considered, and more than one hundred individuals or organizations have requested an

opportunity to speak at the hearing.  To ensure that all who have requested to speak may be heard in a timely, orderly, and fair manner, this Court adopts the following procedures that shall be adhered to by the parties and members of the public.

           1.    **Agenda**:  This Court will hear first from individuals and organizations who have submitted written comments and requested an opportunity to be heard.  These individuals and organizations will be heard in the order in which this Court calls them to the podium, with more detailed instructions to be provided at the check-in area.  All speakers shall first state their full name and if applicable, the organization with which they are affiliated or the NYCHA development in which they reside.  To ensure that all may be heard, speakers will be limited to two (2) minutes each.

           After members of the public have spoken, this Court will hear from counsel in the following order: (1) plaintiffs in Baez *et al.* v. NYCHA; (2) NYCHA in Baez *et al.* v. NYCHA; (3) the Government in United States v. NYCHA; (4) NYCHA in United States v. NYCHA; (5) the City of New York; and (6) the City-Wide Council of Presidents and At-Risk Community Services.  Counsel for each of these six presentations shall be limited to thirty (30) minutes each.

           2.    **Language Services**:  A Spanish language interpreter and an American Sign Language interpreter will be present to assist speakers in addressing the Court.  Any speaker needing the assistance of the Spanish language or American Sign Language interpreter should advise Court staff upon checking in on September 26, 2018 in the lobby outside Courtroom 9C.  Any speaker who requires the interpretation of any other language to address the Court shall promptly make such a request to the United States Attorney's Office for the Southern District of New York at (212) 637-2763.

Courtroom 9C will be open beginning at 8:45 a.m. on September 26, 2018.

Proper courtroom decorum is required at the hearing.  This Court expects respectful silence and attention during the presentations of all speakers and counsel, and interruptions or outbursts will not be tolerated.  No food or beverages will be allowed in any of the courtrooms.  Signs, poster-boards, and other demonstrative objects will not be permitted.

Dated: September 21, 2018
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

3