**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 25, 2018

**By ECF**
Hon. William H. Pauley III
U.S. District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

RE:    *United States v. New York City Housing Authority,* 18 Civ. 5213 (WHP)

Dear Judge Pauley:

Pursuant to Rule III(F) of the Court's Individual Practices, I am writing respectfully to advise the Court that the United States' motion for entry of the consent decree has been fully briefed and to identify the following papers as filed in connection with the motion:

- Letter from Sharanya Mohan to Hon. William H. Pauley, III, dated August 31, 2018, attaching a compilation of written comments received in response to the request for public comment  [Dkt. Entry 41]

- Notice of Motion, dated August 31, 2018 [Dkt. Entry 43]

- Memorandum of Law in Support of the United States' Motion to Enter the Consent Decree, dated August 31, 2018 [Dkt. Entry 44]

- Declaration of Mónica P. Folch, dated August 31, 2018, and exhibits thereto  [Dkt. Entry 45]

- NYCHA's Memorandum of Law in Support of Motion to Enter the Consent Decree, dated August 31, 2018 [Dkt. Entry 46]

- New York City's Memorandum of Law in Support of the United States' Motion for Approval of the Proposed Consent Decree, dated August 31, 2018 [Dkt. Entry 47]

- Letter from Sharanya Mohan to Hon. William H. Pauley, III, dated September 14, 2018, attaching additional written comments received in response to the request for public comment [Dkt. Entry 50]

- Intervenors' Memorandum of Law in Opposition to the United States' Motion to Enter the Proposed Consent Decree, dated September 21, 2018 [Dkt. Entry 53]

- NYCHA's Reply Memorandum of Law in Support of Motion to Enter the Consent Decree, dated September 24, 2018 [Dkt. Entry 55]

- New York City's Memorandum of Law in Reply to the Opposition to Entry of the Consent Decree, dated September 24, 2018 [Dkt. Entry 56]

- United States' Reply Memorandum of Law in Further Support of the United States' Motion to Enter the Proposed Consent Decree, dated September 24, 2018 [Dkt. Entry 57]

- Letter from Sharanya Mohan to Hon. William H. Pauley, III, dated September 25, 2018, attaching additional written comments received in response to the request for public comment [Dkt. Entry 58]

Thank you for your attention to this matter.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney


By: /s/ Robert William Yalen
ROBERT WILLIAM YALEN
MÓNICA P. FOLCH
JACOB LILLYWHITE
TALIA KRAEMER
SHARANYA MOHAN
Assistant United States Attorneys
Tel.:   (212) 637-2722
Fax:   (212) 637-2702
Email: robert.yalen@usdoj.gov


cc: Debo P. Adegbile, Esq.     (Counsel for NYCHA)
    Georgia M. Pestana, Esq.  (Counsel for New York City)
    Nicole L. Gueron, Esq.     (Counsel for the Intervenors)