UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                     Plaintiff,    **NOTICE OF APPEARANCE**

            -against-                         18 Civ. 5213 (WHP)

NEW YORK CITY HOUSING AUTHORITY,
                              Defendant.

------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Mark W. Muschenheim, Assistant Corporation Counsel, hereby enters his appearance on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for the City of New York, an interested party. I certify that I am admitted to practice in this court. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       September 27, 2018

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of
                                      New York
                                      *Attorney for Interested Party City of New York*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-2186

                        By:          /s/
                                  Mark W. Muschenheim