

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 11, 2018

**By ECF**
Hon. William H. Pauley III
U.S. District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

      RE:    *United States v. New York City Housing Authority*, 18 Civ. 5213 (WHP)
             *Baez, et al. v. New York City Housing Authority*, 13 Civ. 8916 (WHP)

Dear Judge Pauley:

      I am enclosing a number of written comments received by this Office, either directly or forwarded from the Court, on or after September 25, 2018, which were therefore not included with the previously filed comments.  18 Civ. 5213, Dkt. Entries 41, 50, 58; 13 Civ. 8916, Dkt. Entries 202, 205, 210.  We are filing the same set of comments in both cases.

      As before, we have added Bates numbers to the comments for ease of reference, and have made redactions to the comments consistent with Federal Rule of Civil Procedure 5.2.  We are also enclosing, for the convenience of the Court, a supplemental index organizing the comments by name and Bates number.

      Thank you for your attention to this matter.

Page 2

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:*/s/ Sharanya Mohan*
 ROBERT WILLIAM YALEN
 MÓNICA P. FOLCH
 JACOB LILLYWHITE
 TALIA KRAEMER
 SHARANYA MOHAN
 Assistant United States Attorneys
 Tel.: (212) 637-2722/6559/2639/2822/2737
 Fax: (212) 637-2702
 Email: robert.yalen@usdoj.gov
   monica.folch@usdoj.gov
   jacob.lillywhite@usdoj.gov
   talia.kraemer@usdoj.gov
   sharanya.mohan@usdoj.gov

Enclosures