

#From Dione Boyd to Judge

I hope this Thank you card Finds you well.
I have moved into my new apartment Oct 14th
I am truly grateful
thank you so much

Judge Daniel Patrick

...for being so thoughtful.

