

**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-0001

THE SECRETARY

December 14, 2018

Mr. Stanley Brezenoff
Interim Chair and Chief Executive Officer
New York City Housing Authority
250 Broadway
New York, New York 10007-2516

Dear Mr. Brezenoff,

Please be advised that if an arrangement acceptable to the United States Department of Housing and Urban Development regarding the future of the New York City Housing Authority (NYCHA) is not reached on or before January 31, 2019, I intend to declare a substantial default with respect to NYCHA and exercise appropriate remedies from the wide range available under the United States Housing Act of 1937, as amended, and other legal authorities.

Sincerely,

Benjamin S. Carson, Sr., M.D.
Secretary


cc:   Hon. Andrew M. Cuomo, Governor, State of New York
      Hon. Bill de Blasio, Mayor, City of New York
      Hon. Geoffrey Berman, U.S. Attorney for the Southern District of New York