**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 31, 2019

**By ECF**
Hon. William H. Pauley III
U.S. District Court Judge
U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

**MEMO ENDORSED**

      Re: *United States of America v. New York City Housing Authority*,
           18 Civ. 5213 (WHP)

Dear Judge Pauley:

      We write on behalf of both parties to provide the Court a status report, as required by the Court's January 18, 2019 Memorandum and Order.

      Earlier today, the U.S. Department of Housing and Urban Development ("HUD"), the U.S. Attorney's Office for the Southern District of New York, the New York City Housing Authority ("NYCHA"), and New York City (the "City") signed an Agreement, the purpose of which is to "to remedy the deficient physical conditions in NYCHA properties, ensure that NYCHA complies with its obligations under federal law, reform the management structure of NYCHA, and facilitate cooperation and coordination between HUD, NYCHA, and the City during the term of [the] Agreement." The Agreement calls for the appointment of a non-judicial monitor, and provides that within 14 days of appointment of the monitor, the United States Attorney's Office will file appropriate papers to obtain dismissal without prejudice of the complaint in this matter.

      Accordingly, the parties jointly request that the Court stay proceedings in this matter for forty-five days to allow for completion of the condition precedent to dismissal under the parties' Agreement.

        Respectfully submitted,

        GEOFFREY S. BERMAN  
        United States Attorney  
        *Attorney for the United States*

By:   /s/ Robert William Yalen_____  
      ROBERT WILLIAM YALEN  
      MÓNICA P. FOLCH  
      JACOB LILLYWHITE  
      TALIA KRAEMER  
      SHARANYA MOHAN  
      Assistant United States Attorneys  
      86 Chambers Street, 3rd Floor  
      New York, New York 10007  
      Tel.:  (212) 637-2800  
      Fax:  (212) 637-2702  
      Email: robert.yalen@usdoj.gov

cc:  Debo Adegbile, Esq.  
    *Attorney for Defendant*

---

Application granted.  This action is stayed as set forth herein.

SO ORDERED:

_____    2/1/19  
WILLIAM H. PAULEY III  
U.S.D.J.