UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------
                                              :
  UNITED STATES OF AMERICA,                   :
                                              :
                          Plaintiff,          :
                                              :      18cv5213
                  -against-                   :
                                              :      ORDER
                                              :
  NEW YORK CITY HOUSING                       :
  AUTHORITY,                                  :
                                              :
                          Defendant.          :
                                              :
----------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       The Clerk of Court is directed to strike the letter dated November 20, 2020 (ECF No. 80) from the docket.

Dated: November 24, 2020
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.